# Exhibit 6

START OF TRANSMISSION                                         DEUTSCHE BANK AG HEADQUARTERS ,FRANKFURT PRINTER+++03 FEB,2016+++10:02:31++++GMT++
·+++DEUTSCHE BANK AG HEADQUARTERS, FRANKFURT+++
·++03 FEB,2016++~10:02:31+++GMT+++
DEUTSCHE BANK AG HEADQUARTERS,FRANKFURT AUTHENTICATES MESSAGE: BY: SWIFT/TELEX/FAX
------------------------------------------------------------INSTANCE TYPE AND TRANSMISSION----------------------------------------------------------
NOTIFICATION (TRANSMISSION) OF ORIGINAL SENT TO SWIFT (ACK)NETWORK DELIVERY STATUS: NETWORK ACK/RECEIVED PRIORITY/DELIVERY: EXPRESS SAME DAY WIRE
SWIFT INPUT REFERENCE: 03 FEB,2016 DEUTDEFFXXX84759564/HVBKKRSEXXX1081400676393
SWIFT OUTPUT REFERENCE: MT-199 RWA 03 FEB,2016 HVBKKRSEXXX108140067639303022016
SWIFT FIN MT-199 RWA
-----------------------------------------------------------------SWIFT MESSAGE HEADER------------------------------------------------------------

| | |
|---|---|
| SWIFT FIN | : MT-199 RWA |
| SENDER | : DEUTDEFFXXX |
| BANK NAME | : DEUTSCHE BANK AG HEADQUARTERS, FRANKFURT |
| BANK ADDRESS | : TAUNSANLAGE 12-21 60262 FRANKFURT AM MAIN GERMANY |
| RECEIVER | : HVBKKRSEXXX |
| BANK NAME | : WOORI BANK |
| BANK ADDRESS | : 51 SOGONG-RO, JUNG-GU, 100-792 SEOUL, KOREA |

-----------------------------------------------------------------SWIFT MESSAGE TEXT------------------------------------------------------------

| | |
|---|---|
| SWIFT FIN | : MT-199 RWA |
| 27: SEQUENCE OF TOTAL | : 1/1 |
| 20: TRANSACTION REFERENCE NUMBER | : DEUTSWOORI/199/€3B/03022016 |
| 31C: DATE OF ISSUE | : 03 FEB,2016 |
| EXPIRY DATE | : 04 FEB,2017 |
| 50: SENDER | : DEUTDEFFXXX |
| BANK NAME | : DEUTSCHE BANK AG HEADQUARTERS, FRANKFURT |
| BANK ADDRESS | : TAUNSANLAGE 12-21 60262 FRANKFURT AM MAIN GERMANY |
| APPLICANT NAME | : HESTIUN FINANCE |
| APPLICANT ACCOUNT NUMBER | : 84759564 |
| AUTHORIZED OFFICER 1 | : MARCUS SCHENCK |
| BANK TEL | : +49 69 910-00 |
| BANK FAX | : +49 69 910-34225 |
| 59: RECEIVER | : HVBKKRSEXXX |
| BANK NAME | : WOORI BANK |
| BANK ADDRESS | : 51 SOGONG-RO, JUNG-GU, 100-792 SEOUL, KOREA |
| BANK TEL | : +82-2-2006-5000 |
| BANK FAX | : +82-2-2125-2293, |
| BANK OFFICER NAME | : MR YOUG CHUL KIM |
| SWIFT CODE | : HVBKKRSEXXX |
| ACCOUNT NAME | : NRG CO LTD |
| ACCOUNT NO | :1081400676393 |

----------------------------------------------------------------------------------------------------

| | |
|---|---|
| TRANSACTION CODE  NO | : DG029017149065 |
| CURRENCY | : (EURO) |
| ISSUE DATE | : 03 FEB,2016 |
| EXPATRY DATE | : 04 FEB,2017 |
| AMOUNT | : €3,000,000,000.00 (THREE BILLIONS EURO) |
| APPLICANT | : HESTIUN FINANCE |
| BENEFICIARY | : NRG CO LTD |
| 79 | : NARRATIVE |

-----------------------------------------------------------MESSAGE------------------------------------------------------------
ORDERING CUSTOMER MESSAGE :AS ADVISED AND INSTRUCTED BY OUR CLIEN:MT-199 RWA, OF:€3,000,000,000.00(THREE BILLIONS EURO)TO:NRG CO LTD,ACCOUNT NUMBER:
1081400676393,TRANSACTION REFERENCE NUMBER: DEUTSWOORI/199/€3B/03022016

WE DEUTSCHE BANK AG HEADQUARTERS, FRANKFURT TAUNSANLAGE 12-21 60262 FRANKFURT AM MAIN GERMANY SWIFT CODE DEUTDEFFXXX HEREBY CONFIRM, WITH
FULL BANK RESPONSIBILITY THAT WE READY WILLING AND ABLE TO TRANSFER ON BEHALF OF OUR CLIENT HESTIUN FINANCE, ACCOUNT NUMBER 847259564 THE FUNDS
OF 3,000,000,000.00 (THREE BILLIONS EURO) TO YOUR CLIENT ACCOUNT NAME NRG CO. LTD, ACCOUNT NUMBER 1081-400-676393. THE TRANSFER DETAILS ARE AS FOLLOWS:
3,000,000,000.00 (THREE BILLIONS EURO) CASH FUNDS TRANSACTION ID: STS-NRV/VDS-15/09/72-BVV-17-51,UPLOAD RECORD DATE 21/12/2015 14:00:00 ON COMMON ACCOUNT
OF WOORI BANK SEOUL, KOREA, ACCOUNT NUMBER: W1024001KR FOR FURTHER CREDIT TO NRG CO.LTD ACCOUNT NUMBER: 1081-400-676393.

PLEASE CONFIRM STATUS OF WILLINGNESS TO ACCEPT TRANSFER

FOR AND ON BEHALF OF : DEUTSCHE BANK AG HEADQUARTERS, FRANKFURT TAUNSANLAGE 12-21 60262 FRANKFURT AM MAIN GERMANY
RECORD INFORMATION SWIFT ORDER IS MAC:(PAC) PEG ENC) CHK (INT) PED) (MAC). DATE RECORDED 03/02/2016.

AUTHORIZED OFFICER 1: MARCUS SCHENCK (PIN NO:75456CFO) CHIEF FINANCIAL OFFICER)
AUTHORIZED OFFICER 2: STUART  LEWIS  (PIN NO:78426CRO) CHIEF RISK OFFICER)
017492873 DEUTSCHE BANK AG HEADQUARTER
50070010DEUTDEFFXXX



CONF: DATE:03.02.2016 TIME: 10:02:31+++DEUTSCHE BANK AG · ++1005589886+++MSG: 245 TITTLE
(CHK: 552145D765123)

-----------------------------------------------------------INTERVENTIONS------------------------------------------------------------
TRACKING CODE     : DG029017149065
CATEGORY          : NETWORK REPORT CREATION TIME: 03.02.2016/10:02:31GMT APPLICATION : SWIFT INTERFACE OPERATION : SYSTEM
END TIME          : 11:46:32
TEXT(F1:005DEUTDEFFXXX84759564/DEUTDEFFXXX84759564/HVBKKRSEXXX108140067639303022016)2)(HVBKKRSEXXX108140067639303022016) (199)
-----------------------------------------------------------END OF MESSAGE------------------------------------------------------------
CONF DATE:03.02.2016+++10:02:31++DEUTSCHE BANK AG 017492873
MSG NO: 555TITLE: MT-199 RWA LOGICAL ANSWER BACK? (Y)VALUE DATE/END TIME:03.02.2016·++11:46:32 MESSAGE HAS BEEN TRANSMITTED (31)

DEUTSCHE BANK AG HEADQUARTER, FRANKFURT

INTERNATIONAL   SWIFT PRINTER+++03 FEB,2016+++10:02:31+++GMT+++

ANSWER BACK AND ACKNOWLEDGMENT MESSAGE FROM<<<SWIFTCODE: DEUTDEFFXXX BANK NAME: DEUTSCHE BANK AG HEADQUARTER, FRANKFURT BANK ADDRESS : TAUNSANLAGE 12-21 60262 FRANKFURT AM MAIN GERMANY.
AUTOMATED FILE TRANSFER(AFT)<<<SWIFT CODE:HVBKKRSEXXX>>>WOORI BANK>>>51 SOGONG-RO, JUNG-GU, 100-792 SEOUL, KOREA. PHONE:+82-2-2006-5000,FAX NO:+82-2-2125-2293>>>MESSAGE TO>>>HVBKKRSEXXX>>>WOORI BANK>>>HEADQUARTER 1-203, HOEHYEON-DONG, JUNG-GU, SEOUL KOREA. PHONE:+82-2-2006-5000,FAX NO:+82 220025625

RESPONSE


VALIDATION SERVICE PROVIDER LOG/APPLICATION GENERATED REPORT ACKNOWLEDGMENT & AUTHENTICATION ACK NAG DELIVERY


FTA/FTI CONFIRMATION STATEMENT PASS/FAIL STATUS


```
0050 CNT--------------------------------------------------VALID
0060 -RFF-DTM-----------------------------------------------VALID
0070- RFF---------------------------------------------------VALID
0080- NAD- CTA.COM----------------------------------------VALID
0100- NAD---------------------------------------------------VALID
0110- CTA---------------------------------------------------VALID
0120 -COM---------------------------------------------------VALID
0130 ERC-FTX-SG4------------------------------------------VALID
0140-ERC----------------------------------------------------VALID
0150--FTX----------------------------------------------------VALID
0160 RFF-FTX-------------------------------------------------VALID
0170 REF----------------------------------------------------VALID
0180--FTX----------------------------------------------------VALID
0190-UNT----------------------------------------------------VALID
```

(XMT DELIVERY REPORT)


APPLICATION SWIFT INTERFACE: DELIVERY STATUS: DELIVERED


SWIFT TRANSMISSION RECEIVED AT SWIFT CODE:HVBKKRSEXXX>>>WOORI BANK>>>51 SOGONG-RO, JUNG-GU, 100-792 SEOUL, KOREA, PHONE:+82-2-2125-2293>>>MESSAGE TO>>>HVBKKRSEXXX>>>WOORI BANK>>>HEADQUARTER 1-203, HOEHYEON-DONG, JUNG-GU, SEOUL KOREA, PHONE:+82-2-2006-5000,FAX NO:+82 220025625


CURRENCY : (EURO)


SENDER<<<DEUTDEFFXXX>>>BANK NAME: DEUTSCHE BANK AG HEADQUARTER, FRANKFURT BANK ADDRESS : TAUNSANLAGE 12-21 60262 FRANKFURT AM MAIN GERMANY. FINAL RECEIVER>>>SWIFT CODE:HVBKKRSEXXX>>>WOORI BANK>>>51 SOGONG-RO, JUNG-GU, 100-792 SEOUL, KOREA.BANK OFFICER NAME:MR YOUG CHUL KIM,ACCOUNT NAME:NRG CO LTD,ACCOUNT NO: 1081400676393


AMOUNT: €3,000,000,000.00(THREE BILLIONS EURO) SENT ON:03 FEB,2016 -10:02:31GMT RECEIVED ON :03 FEB,2016 -11:46:32GMT


SENDER<<<DEUTDEFFXXX>>>BANK NAME: DEUTSCHE BANK AG HEADQUARTER, FRANKFURT BANK ADDRESS : TAUNSANLAGE 12-21 60262 FRANKFURT AM MAIN GERMANY. FINAL RECEIVER>>>SWIFT CODE:HVBKKRSEXXX>>>WOORI BANK>>>51 SOGONG-RO, JUNG-GU, 100-792 SEOUL, KOREA.BANK OFFICER NAME:MR YOUG CHUL KIM,ACCOUNT NAME:NRG CO LTD,ACCOUNT NO:1081400676393


SIZE:0201 LICENSE                   : MPL
RECEIVED ON                         : 03 FEB,2016 - 11:46:32GMT  TRANSACTION REFERENCE NUMBER: DEUTSWOORI/199/€3B/03022016
TRANSACTION CODE NO                 : DG029017149065 STATUS // 99% DELIVERED
CHK                                 : 552145D765123


SENDER<<<DEUTDEFFXXX>>>BANK NAME: DEUTSCHE BANK AG HEADQUARTER, FRANKFURT BANK ADDRESS : TAUNSANLAGE 12-21 60262 FRANKFURT AM MAIN GERMANY. FINAL RECEIVER>>>SWIFT CODE:HVBKKRSEXXX>>>WOORI BANK>>>51 SOGONG-RO, JUNG-GU, 100-792 SEOUL,KOREA.BANK OFFICER NAME:MR YOUG CHUL KIM,ACCOUNT NAME:NRG CO LTD,ACCOUNT NO:1081400676393


YOUR SWIFT PROCESS WAS SUCCESSFUL


TEXT(F1:005DEUTDEFFXXX84759564/DEUTDEFFXXX84759564/HVBKKRSEXXX1081400676393)(2)(HVBKKRSEXXX1081400676393030322016) (199)


RECEIVED>>>RECEIVED>>RECEIVED>>>RECEIVED>>RECEIVED>>>RECEIVED>>>RECEIVED>>>RECEIVED>>>RECEIVED>>>RECEIVED>>>RECEIVED>>>RECEIVED>>RECEIVED



**Deutsche Bank**


SWIFT

| ACCOUNT | INSTRUCTION TYPE |
|---|---|
| 84759564 | MT-199 RWA INTERNAL RECEIPT INSTRUCTION<br>INSTRUCTION SUB TYPE: MT-199 RWA |

SCREEN
INDICATOR: MAT3D DATE: 03.02.2016

REFERENCES : DEUTDEFFXXX
SND:   DEUTSCHE BANK AG
ACC:   84759564

REFERENCES:HVBKKRSEXXX
REC: WOORI BANK
AGENT'S CLIENT: NRG  CO  LTD
ACCT NO :10814006876393

STATUS
RECEIVED

|  | INTERNAL | EXTERNAL |
|---|---|---|
| AMT |  | 3,000,000,000.00 |
| CURRENCY: | € | EURO |
| PARTICIPANT: | WOORI  BANK | |
|  | NOT.MOD | |

USER ACTIVITY

|  | USER | DATE | TIME |
|---|---|---|---|
| KEYED BY: |  |  |  |
| RELEASED BY: |  | 03 FEB,2016+++10:02:31 | |
| CANCELLED/MODIFIED BY: |  |  |  |
| RECEIVED BY: |  | 03 FEB,2016+++11:46:32 | |

Status
ISO        NO: DEUTSWOORI/199/C3B/03022016

Now: MT-199 RWA       NMAT,CMIS

HVBKKRSEXXX>>>WOORI BANK>>>51 SOGONG-RO, JUNG-GU, 100-792 SEOUL, KOREA,
HVBKKRSE>>>WOORI BANK>>>HEADQUARTER 1-203, HOENYEON-DONG, JUNG-GU, SEOUL KOREA,
HVBKKRSEXXX10814006876393) (2) (HVBKKRSEXXX10814006876393303022016) (199)

SECURITIES

TRACKING CODE :Dg029017149065                    NOMINAL A

DESCRIPTION

Progress
Printing done...

OK

# Exhibit 7





4 Albert Place,
London N3 1QA,
United Kingdom
T: +44 020 3318 8457 F: +44 020 7493 2476
M: +44781 069 8 151
j.beardsley@hestiunfinance.com
www.hestiunfinance.com

23 January 2015

## INVESTMENT AGREEMENT

This agreement had been made by and between **Hestiun Finance (UK) Limited** (INVESTOR) and **NRG Co., Limited** (COMPANY) (ROK Company Number 220-87-62654) at Sangpa-gu, Songpa-dong 32-1, Kyungnam Lakepark #206, Seoul Korea represented by Mr. **ROBERT KIM** (USA Passport Number 711111310).

This agreement has been drafted on 23 January 2015 and shall remain into effect for 12 months from effective date.

The INVESTOR agrees to invest € 3,000,000,000 (Three Billion Euros) in COMPANY for investments in real estate purchase and development, M&A, and securities investments including precious metals.

The INVESTOR understands the laws of investment and both the involved parties agrees to the following terms and conditions of this contract agreement:

1. The INVESTOR will act solely as the funding source and will not be involved in the daily business activities of COMPANY.
2. The INVESTOR grants COMPANY full Power of Attorney for carrying on business of the agreed upon terms for use of funds.
3. The INVESTOR agrees to keep track of the developments of the investments during the course of the agreement.
4. The INVESTOR must place invested amount in the bank account of the COMPANY as soon as the contract agreement commences.

For and on behalf of
**HESTIUN FINANCE (UK) LIMITED**

*[signature]*

*JULIAN RICHARD BEARDSLEY*
*AUTHORISED SIGNATORY*
P/Port No. 800374990
Country: United Kingdom.
Date of issue: 26 February 2007
Date of Expiry: 26 March 2017

Signed this my 2 February 2015

F. Baker

**PETER HEYWOOD BAKER**
NOTARY PUBLIC
405/7 HOLLOWAY ROAD
LONDON N7 6HG

2

REGISTERED OFFICE- HESTIUN FINANCE (U.K.) LIMITED – 1 BRAMLEY BUSINESS CENTRE, STATION ROAD, BRAMLEY, GUILDFORD.
SURREY GU5 0A7. UNITED KINGDOM - Registration no: 06955493

# Exhibit 8

### KOOKMIN BANK - REGULAR ACCOUNT:

| 01 | BANK NAME: | KOOKMIN BANK |
|----|-----------|--------------|
| 02 | BANK ADDRESS: | 9-1, 2GA, NAMDAEMUN-RO, JUNG-GU, SEOUL KOREA 100-703 |
| 03 | BANK SWIFT: | CZNBKRSEXXX |
| 04 | BANK ACCOUNT NUMBER: | 001501-04-123608 |
| 05 | BANK IBAN: | |
| 06 | ACCOUNT NAME: | AJ ENERGY, LLC |
| 07 | BANK OFFICER: | HYE-WON JEONG |
| 08 | BANK OFFICER TEL: | 82-2-2073-2224 |
| 09 | BANK FAX | 82-2-2073-2234 |
| 10 | BANK OFFICER EMAIL: | Hwj314@kbfg.com |

### KOOKMIN BANK - OFFSHORE ACCOUNT:

| 01 | BANK NAME: | KOOKMIN BANK |
|----|-----------|--------------|
| 02 | BANK ADDRESS: | 9-1, 2GA, NAMDAEMUN-RO, JUNG-GU, SEOUL KOREA 100-703 |
| 03 | BANK SWIFT: | CZNBKRSEXXX |
| 04 | BANK ACCOUNT NUMBER: | 001568-11-011063 |
| 05 | BANK IBAN: | |
| 06 | ACCOUNT NAME: | AJ ENERGY, LLC |
| 07 | BANK OFFICER: | HYE-WON JEONG |
| 08 | BANK OFFICER TEL: | 82-2-2073-2224 |
| 09 | BANK FAX | 82-2-2073-2234 |
| 10 | BANK OFFICER EMAIL: | Hwj314@kbfg.com |

### KOOKMIN BANK -INVESMANT ACCOUNT:

| 01 | BANK NAME: | KOOKMIN BANK |
|----|-----------|--------------|
| 02 | BANK ADDRESS: | 190 SANGDO-RO, DONGJAK-GU, SEOUL, KOREREA 156-836 |
| 03 | BANK SWIFT: | CZNBKRSEXXX |
| 04 | BANK ACCOUNT NUMBER: | 029368-90-099999 |
| 05 | BANK IBAN: | |
| 06 | ACCOUNT NAME: | AJ ENERGY, LLC |
| 07 | BANK OFFICER: | CHANG MOON SOON |
| 08 | BANK OFFICER TEL: | 82-2-3673-6640 |
| 09 | BANK FAX | 82-2-812-4511 |
| 10 | BANK OFFICER EMAIL: | mschang44@kbfg.com |

### KOREA EXCHANGE BANK - OFFSHORE ACCOUNT:

| 01 | BANK NAME: | KOREA EXCHANGE BANK |
|----|-----------|---------------------|
| 02 | BANK ADDRESS: | 711, EONJU-RO, GANGNAM-GU, SEOUL KOREA |
| 03 | BANK SWIFT: | KOEXKRSE |
| 04 | BANK ACCOUNT NUMBER: | 222-910001-29838 |
| 05 | BANK IBAN: | |
| 06 | ACCOUNT NAME: | AJ ENERGY, LLC |
| 07 | BANK OFFICER: | HAN YONG HYUN |
| 08 | BANK OFFICER TEL: | +82 2 3442 4608 / +82 2 3442 7943 |
| 09 | BANK OFFICER EMAIL: | hanyh@keb.co.kr |

**WOORI BANK** - OFFSHORE ACCOUNT:

| 01 | BANK NAME: | WOORI BANK |
|---|---|---|
| 02 | BANK ADDRESS: | 203, HOEHYEON-DONG 1(IL)GA, JUNG-GU, SEOUL KOREA |
| 03 | BANK SWIFT: | HVBKKRSE |
| 04 | BANK ACCOUNT NUMBER: | 1081-400-728598 |
| 05 | BANK IBAN: | |
| 06 | ACCOUNT NAME: | AJ ENERGY, LLC |
| 07 | BANK OFFICER: | MR. YOON SOO PARK |
| 08 | BANK OFFICER TEL: | +82 2 431 0506 |
| 09 | BANK OFFICER EMAIL: | 18711976@wooribank.com |

**INDUSTRIAL BANK OF KOREA** - OFFSHORE ACCOUNT:

| 01 | BANK NAME: | INDUSTRIAL BANK OF KOREA |
|---|---|---|
| 02 | BANK ADDRESS: | 328, TEHERAN-RO, GANGNAM-GU, SEOUL, KOREA 06212 |
| 03 | BANK SWIFT: | IBKOKRSEXXX |
| 04 | BANK ACCOUNT NUMBER: | 065-129463-56-00014 |
| 05 | BANK IBAN: | |
| 06 | ACCOUNT NAME: | AJ ENERGY, LLC |
| 07 | BANK OFFICER: | LIM CHI WHAN |
| 08 | BANK OFFICER TEL: | +82-2-566-9177 |
| 09 | BANK OFFICER EMAIL: | Cwlim06@ibk.co.kr |

**SHINHAN BANK** - OFFSHORE ACCOUNT:

| 01 | BANK NAME: | SHINHAN BANK |
|---|---|---|
| 02 | BANK ADDRESS: | 120 TAEPYOUNGRO2-GA, JUNG-GU, SEOUL, KOREA |
| 03 | BANK SWIFT: | SHBKKRSE |
| 04 | BANK ACCOUNT NUMBER: | 180-007-266410 |
| 05 | BANK IBAN: | |
| 06 | ACCOUNT NAME: | AJ ENERGY, LLC |
| 07 | BANK OFFICER: | YOON SOON BYUNG |
| 08 | BANK OFFICER TEL: | +82-2-417-5385 |
| 09 | BANK OFFICER EMAIL: | ysb064437@shinhan.com |

**SHANGHAI PUDONG DEVELOPMENT BANK** - OFFSHORE ACCOUNT:

| 01 | BANK NAME: | SHANGHAI PUDONG DEVELOPMENT BANK |
|---|---|---|
| 02 | BANK ADDRESS: | NO. 1607 SOUTH PUDONG ROAD, SHANGHAI 200122, P.R. CHINA |
| 03 | BANK SWIFT: | SPDBCNSHOSA |
| 04 | CLIENT ID: | OSA30103408 |
| 05 | BANK ACCOUNT NUMBER: | OSA 13843630770649 |
| 06 | ACCOUNT NAME: | AJ ENERGY LLC |
| 07 | BANK OFFICER: | MISS ZHU CHUN |
| 08 | BANK OFFICER TEL: | +86 21 58791733   58302823 |
| 09 | BANK OFFICER FAX: | +86 21 58407041 |
| 10 | BANK OFFICER EMAIL: | ZhuC@spdb.com.cn |

COMPANY NAME:          AJ ENERGY, LLC
BUSINESS ADDRESS:      1400 DOVE STREET, SUITE 220,
                       NEWPORT BEACH, CA 92660, USA
REPRESENTED BY:        MR. JIMMY KIM
COMPANY REG. NUMBER:   NV 20101355402
TITLE: CFO
PASSPORT NUMBER:       485281454
ISSUED DATE:           06/07/2011
EXPIRY DATE:           06/07/2021
COUNTRY:               USA

| COMPANY NAME: | AJ ENERGY, LLC |
|---|---|
| BUSINESS ADDRESS: | 1400 DOVE STREET, SUITE 220, NEWPORT BEACH, CA 92660, USA |
| REPRESENTED BY: | MR. JIMMY KIM |
| COMPANY REG. NUMBER: | NV 20101355402 |
| TITLE: | CFO |
| PASSPORT NUMBER: | 485281454 |
| ISSUED DATE: | 06/07/2011 |
| EXPIRY DATE: | 06/07/2021 |
| COUNTRY: | USA |

# Exhibit 9

CONTRACT No. DEUT:DEUT:HVBK:/MFGL-AJE/10/02.2017
TRANSACTION CODE:  DEUT:DEUT:HVBK:/MFGL-AJE/10/02.2017

**DATE: 10 February 2017**

# CASH BACK TRANSFER AGREEMENT FOR INVESTMENT
# IN GOVERNMENT BONDS AND OTHER SECURITIES
## No. DEUT:DEUT:HVBK:/MFGL-AJE/10/02.2017

This "Business/ Asset Management Agreement (BA) is signed/ executed on 10 February 2017 by and between:

PARTY A-PROVIDER:

| COMPANY NAME: | MAYBROOK FINANCIAL GROUP LIMITED |
|---|---|
| COMPANY ADDRESS: | AT 11 CHURCH ROAD GREAT BOOKHAM SURREY, KT23 3PB, UNITED KINGDOM |
| COMPANY REG. № | 08096940 |
| REPRESENTED BY: | MR. MICHAEL BRAUNSBERG |
| TITLE: | CEO |
| ARM PASSPORT №: | 426681330 |
| DATE OF ISSUE: | 03.07.2007 |
| DATE OF EXPIRY: | 02.07.2017 |
| COUNTRY: | USA |

HEREINAFTER REFERRED TO AS: **PARTY A OR "THE FIRST PARTY"**

**AND**

PARTY B–RECEIVER:

| COMPANY NAME: | AJ ENERGY, LLC |
|---|---|
| BUSINESS ADDRESS: | 1400 DOVE STREET, SUITE 220, NEWPORT BEACH, CA 92660, USA |
| REPRESENTED BY: | MR. JIMMY KIM |
| COMPANY REG. NUMBER: | NV 20101355402 |
| TITLE: | CFO |
| PASSPORT NUMBER: | 485281454 |
| ISSUED DATE: | 06/07/2011 |
| EXPIRY DATE: | 06/07/2021 |
| COUNTRY: | USA |

HEREINAFTER REFERRED TO AS: **PARTY B OR "THE SECOND PARTY"**
**Having all necessary power and authority, and acting according to existing laws, to conclude the present "Business Agreement (hereinafter" BA")**

1.   RECITAL&REPRESENTATION:

- **WHEREAS PARTY A** REPRESENTS THE FINANCIAL SERVER CASH FUNDS OF A FACE VALUE OF €80'000'000'000.00 (Eighty Billion Euros) CASH BACK FUNDS WHICH ARE AVAILABLE AT DEUTSCHE BANK AG, AM MAIN FRANKFURT, GERMANY, AND PARTY A IS READY TO MAKE AVAILABLE THESE SERVER CASH BACK FUNDS IN DEUTSCHE BANK AG IN FAVOR OF PARTY B **FOR THE PURPOSE OF INVESTMENT IN GOVERNMENT BONDS AND OTHER SECURITIES, INVESTMENTS IN GOVERNMENT APPROVED PROJECTS AND INITIATIVES AND INVESTMENTS IN FINANCIAL INSTITUTIONS.**
- **WHEREAS PARTY A** REPRESENTS THAT DEUTSCHE BANK AG IS THE LAWFUL OWNER OF THE PROPOSED FUNDS.
- **WHEREAS PARTY B** ATTESTS THAT IT HAS COMPLETED ALL ARRANGEMENTS WITH THEIR BANK TO RECEIVE THE SAID FUNDS IN DEUTSCHE BANK AG. PARTY B ALSO CONFIRMS IRREVOCABLY THAT IT HAS THE MONETARY RESOURCES AND ITS READINESS WITH CASH TO PAY THE REQUIRED AMOUNT, DUE AS

| THE FIRST PARTY: | THE SECOND PARTY: | 1 |
|---|---|---|

**CONTRACT No. DEUT:DEUT:HVBK:/MFGL-AJE/10/02.2017**
**TRANSACTION CODE:  DEUT:DEUT:HVBK:/MFGL-AJE/10/02.2017**

**DATE: 10 February 2017**

PER THIS AGREEMENT TO **PARTY A** ACCORDING THE MUTUALLY AGREED SCHEDULE UPON **PARTY A** PRESENTING A SCANNED COPY OF BANK INFORMATION "TRANSFER SLIP" AND MT-199 TO RECEIVING BANK.

- **WHEREAS, THE PARTIES HAVE SPECIAL EXPERIENCE IN THE AREAS OF LEGAL SERVICES, BANKING, INTERBANK SCREEN TRANSACTION, INVESTMENT IN DIFFERENT PROJECTS, MANAGEMENT OF SERVER CASH FUNDS, ISSUING OF SECURITIES, AS WELL AS WORK ON SECURITIES MARKET, NECESSARY FOR EXECUTION OF THIS TRANSACTION;**

- **WHEREAS, IT IS AGREED BY THE PARTIES TO SET FORTH CONDITIONS AND THEIR COVENANTS IN WRITING; NOW THEREFORE, IN CONSIDERATION OF THE MUTUAL COVENANTS, TERMS AND CONDITIONS HEREIN, AND OTHER GOOD AND VALUABLE CONSIDERATION, THE RECEIPT AND SUFFICIENCY OF WHICH IS HEREBY ACKNOWLEDGED BY THE PARTIES HERETO, THE PARTIES HEREBY AGREE AS FOLLOWS:**

- **PARTY A, DECLARES THAT SERVER FUNDS IN DEPOSIT AT DEUTSCHE BANK AG, IN THE AMOUNT OF FIVE BILLION EURO, IS READY TO MAKE AVAILABLE SERVER CASH AND TRANSFER THE SERVER CASH VIA COMMON ACCOUNT IN FAVOR OF AND FOR BENEFIT TO PARTY B.**

2. PAYMENT COMMITMENT:

- **PARTY B** HEREBY IRREVOCABLY COMMITS AND UNDERTAKES TO PAY AS FULL AND FINAL SETTLEMENT FOR THE SERVER CASH FUNDS RECEIVED FROM **PARTY A** ACCORDING TO INFORMATION PROVIDED.
- EACH PARTY IS RESPONSIBLE TO PAY ALL THEIR RESPECTIVE TAXES/COST (IF ANY).

**TOTAL FACE VALUE: €80'000'000'000.00 (Eighty Billion Euros) with R&E**

**NOTE: First tranche is €5'000'000'000.00 (Five billion Euros)**

| 1 | INSTRUMENT: | Server Cash Funds for Investment via IP/ID Server Code S2S |
|---|---|---|
| 2 | TOTAL FACE VALUE: | 5'000'000'000.00 (Five billion Euros) with R&E SENDER'S OPTION |
|   |   | 100% INCLUDING: |
| 3 | SENDER SIDE | 47.5% (forty seven and one half percent) of each transaction value |
| 4 | RECEIVER SIDE | 47.5% (forty seven and one half percent) of each transaction value |
| 5 | INTERMEDIARY SIDE | 5.0% (five percent) of each transaction value |
| 6 | PAYMENT: | SWIFT MT103 WIRE TRANSFER |

3.  **TRANSACTION PROCEDURE AND RESPONSIBILITIES / OBLIGATIONS AND LIBILITIES OF THE PARTIES:**

a)      **PARTY A** AND **PARTY B** SIGNED CONTRACT, PLACED IT IN DESIGNATED BANKS AND ESTABLISH THE COMMUNICATION BETWEEN TWO BANK OFFICERS.

b)      BANK OFFICERS SHELL EXCHANGE THE SERVER INFORMATION.

c)      **PARTY A** SHALL TRANSFER THE SERVER CASH FUNDS AMOUNTING TO FIVE BILLION EURO AS A FIRST TRANCHE TO DESIGNATED COMMON ACCOUNT IN FAVOR OF AND FOR FURTHER BENEFIT TO **PARTY B**;

d)      **PARTY A** WILL SUBSEQUENTLY PROVIDE THE INFORMATION TRANSFER SLIP TO **PARTY B** TOGETHER WITH AN AFFIDAVIT OF OWNERSHIP AS EVIDENCE OF TRANSFER.

e)      **PARTY B** SHALL LOCATE AND CONFIRM THE FUNDS BY USING THE PROVIDED DOCUMENTS WITHIN 72 HOURS.

f)      THE SUBSEQUENT TRANCHES WILL BE CARRIED OUT FOLLOWING THE SAME PROCEDURE.

4.  SPECIAL PROVISIONS:

**THE FIRST PARTY:**          **THE SECOND PARTY:**          2

**CONTRACT No. DEUT:DEUT:HVBK:/MFGL-AJE/10/02.2017**
**TRANSACTION CODE:  DEUT:DEUT:HVBK:/MFGL-AJE/10/02.2017**

**DATE: 10 February 2017**

a) [TAXES]: EACH PARTY, INDIVIDUALLY AND SEPARATELY, SHALL BEAR RESPONSIBILITY AND ACCEPTS LIABILITY FOR APPLICABLE PAYMENTS OF ANY TAX, IMPOSED, LEVIES AND DUTIES OF CHARGES THAT MAY BE FOUND APPLICABLE DURING THE FULFILLMENT OF THEIR RESPECTIVE OBLIGATIONS UNDER THIS AGREEMENT.

b) THE PARTIES MAY ASSIGN OR TRANSFER ITS RIGHTS OR DUTIES IN THIS AGREEMENT WITH THE EXPRESS WRITTEN CONSENT OF THE OTHER PARTY

c) NO COPIES OF THIS AGREEMENT TO BE DISTRIBUTED TO ANY INVOLVED INTERMEDIARIES. ONLY PRINCIPAL TO PRINCIPAL TO BE INVOLVED IN COMMUNICATION AND EXCHANGING BANKING DETAILS.

### DETAILS PROVIDER BANK – PARTY A:

| | |
|---|---|
| BANK NAME: | DEUTSCHE BANK AG |
| ACCOUNT NUMBER: | 947259564 |
| ACCOUNT NAME | MAYBROOK FINANCIAL GROUP LIMITED |
| IBAN CODE (EUR): | 100957727100000 |
| SWIFT CODE: | DEUTDEFFXXX |
| BANK OFFICER NAME: | MR. MARCUS SCHENCK, PIN: 78456 |
| BANK OFFICER EMAIL: | |
| BANK PHONE №: | +49 699 1000, +49 69 910 32010-60 /odder/ +49 6991034225; +49 69 910 31 183 |

### DETAILS RECEIVER BANK - PARTY B:

| | | |
|---|---|---|
| 01 | BANK NAME: | WOORI BANK |
| 02 | BANK ADDRESS: | 203, HOEHYEON-DONG 1(IL)GA, JUNG-GU, SEOUL KOREA |
| 03 | BANK SWIFT: | HVBKKRSE |
| 04 | BANK ACCOUNT NUMBER: | 1081-400-728598 |
| 05 | BANK IBAN: | |
| 06 | ACCOUNT NAME: | AJ ENERGY, LLC |
| 07 | BANK OFFICER: | MR. YOON SOO PARK |
| 08 | BANK OFFICER TEL: | +82 2 431 0506 |
| 09 | BANK OFFICER EMAIL: | 18711976@wooribank.com |

5.   **REPRESENTATIONS AND WARRANTIES:**

**Representations**
(a) Organization. It is duly organized, validly existing and in good standing under the laws of its jurisdiction of formation with all requisite power and authority to enter into this Agreement, to perform its obligations hereunder and to conduct the business of the Program and the Subsidiaries.
(b) Enforceability. This Agreement constitutes the legal, valid and binding obligation of such party enforceable in accordance with its terms.
(c) Consents and Authority. No consents or approvals are required from any governmental authority or other Person for it to enter into this Agreement. All action on the part of such party necessary for the authorization, execution and delivery of this Agreement and the consummation of the transactions contemplated hereby by such party, have been duly taken.
(d) No Conflict. The execution and delivery of this Agreement by it and the consummation of the transactions contemplated hereby by it do not conflict with or contravene the provisions of its organizational documents or any agreement or instrument by which it or its properties or assets are bound or any law, rule, regulation, order or decree to which it or its properties or assets are subject.
**(e) Asset Manager. It has been afforded the opportunity to seek and rely upon the advice of its own attorney, accountant or other professional advisor in connection with the execution of this Agreement**

| THE FIRST PARTY: | THE SECOND PARTY: | 3 |
|---|---|---|

**CONTRACT No. DEUT:DEUT:HVBK:/MFGL-AJE/10/02.2017**
**TRANSACTION CODE:  DEUT:DEUT:HVBK:/MFGL-AJE/10/02.2017**

**DATE: 10 February 2017**

**Both party shall do so in respect of each other and under this Agreement written conditions.**

## MISCELLANEOUS:

### Notice(s)
Any modifications, amendments, addendums or follow on contracts will be executed by the two authorized signatories respectively. When signed and referenced to this agreement, whether received by mail or facsimile transmission as all and any facsimile or photocopies certified as true copies of the originals by both parties hereto shall be considered as an original, both legally binding and enforceable for the term of this agreement.

### Specific Performance; Other Rights
The parties recognize that several of the rights granted under this Agreement are unique and, accordingly, the parties shall, in addition to such other remedies as may be available to them at law or in equity, have the right to enforce their rights under this Agreement by actions for injunctive relief and specific performance.

### Prior Agreements; Construction; Entire Agreement
This Agreement, including the Exhibits and other documents referred to herein (which form a part hereof), constitutes the entire agreement of the parties with respect to the subject matter hereof, and supersedes all prior agreements and understandings between them as to such subject matter and all such prior agreements and understandings are merged herein and shall not survive the execution and delivery hereof. In the event of any conflict between the provisions of this Agreement and those of any Joint Ventures Agreement, the provisions of the applicable Joint Venture Agreement shall control.

### Amendments
This Agreement may not be amended, altered or modified except (i) upon the unanimous by instrument in writing and signed by each of Investor and Asset Manager.

### Severability
If any provision of this Agreement shall be held or deemed by a final order of a competent authority to be invalid, inoperative or unenforceable, such circumstance shall not have the effect of rendering any other provision or provisions herein contained invalid, inoperative or unenforceable, but this Agreement shall be construed as if such invalid, inoperative or unenforceable provision had never been contained herein so as to give full force and effect to the remaining such terms and provisions.

### Counterparts
This Agreement may be executed in one or more counterparts, all of which shall be considered one and the same Agreement, and shall become effective when one or more such counterparts have been signed by each of the parties and delivered to each of the other parties.

### Applicable Law; Jurisdiction
This Agreement shall be governed by and construed in accordance with the laws of the Paris. The parties consent to the exclusive jurisdiction of the Paris shall be preceded with the according to the principal of the ICC, with any civil action concerning any controversy, dispute or claim arising out of or relating to this Agreement, or any other agreement contemplated by, or otherwise with respect to, this Agreement or the breach hereof, unless such court would not have subject matter jurisdiction thereof, in which event the parties consent to the jurisdiction of the ICC as  above indicated. The parties hereby waive and agree not to assert in any litigation concerning this Agreement the doctrine of forum non-convenient.

### Waiver of Jury Trial
THE PARTIES HERETO HEREBY IRREVOCABLY AND UNCONDITIONALLY WAIVE TRIAL BY JURY IN ANY LEGAL ACTION OR PROCEEDING RELATING TO THIS AGREEMENT AND FOR ANY COUNTERCLAIM THEREIN.

### Arbitration
Every attempt shall be made to resolve disputes arising from unintended or inadvertent violation of this contractual agreement as far as possible amicably. In the event that adjudication is required local legal process

| THE FIRST PARTY: | THE SECOND PARTY: | 4 |
| --- | --- | --- |

CONTRACT No. DEUT:DEUT:HVBK:/MFGL-AJE/10/02.2017
TRANSACTION CODE: DEUT:DEUT:HVBK:/MFGL-AJE/10/02.2017

DATE: 10 February 2017

shall be preceded with according to the principal of the ICC as above indicated. Where judicial resolution is not thereby achieved, this matter shall be settled by the ICC itself and the decision of which all Parties shall consider to be final and binding. No State court of any nation shall have subject matter jurisdiction over matters arising under this Agreement.

**No Rights of Third Parties.**
(i) this Agreement is made solely and specifically between and for the benefit of the parties hereto and their respective members, successors and assigns subject to the express provisions hereof relating to successors and assigns, and (ii) no other Person whatsoever shall have any rights, interest, or claims hereunder or be entitled to any benefits under or on account of this Agreement as a third party beneficiary or otherwise.

**Survival**
The covenants contained in this Agreement which, by their terms, require performance after the expiration or termination of this Agreement shall be enforceable notwithstanding the expiration or other termination of this Agreement.

**Headings**
Headings are included solely for convenience of reference and if there is any conflict between headings and the text of this Agreement, the text shall control.

**No Broker.**
Each of Investor and Asset Manager represent and warrant that it has not dealt with any broker in connection with this Agreement and agrees to indemnify, defend and hold harmless each other party hereto and its Affiliates from all claims and/or damages as a result of this representation and warranty being false.

**Currency**
Any exchange of funds between Investor and Asset Manager shall be made in the same currency in which the Investor transferred the investment fund (Article III; Section 3.0.5.; (b)). In addition, all calculations pursuant to this Agreement and any Joint Venture Agreement shall be based on ICC regulations in Paris.

# IRREVOCABLE FEE PROTECTION AGREEMENT

I, **MR. JIMMY H KIM (USA pass. # 485281454) THE UNDERSIGNED, AJ ENERGY, LLC**, acting with full responsibility, hereby irrevocably and unconditionally, without protest or notification, without prejudice, recourse, or delay guarantee to pay the fee entitled to the beneficiaries listed on this document, via Wire transfer, at the time of settlement of each and every tranche of the transaction.

This Fee Agreement is our irrevocable pay order to the intermediaries and is and shall remain an intricate part of the contract between the buyer and the seller.

I, **MR. JIMMY H KIM (USA pass. # 485281454) THE UNDERSIGNED, AJ ENERGY, LLC**, acting with full responsibility, hereby irrevocably and unconditionally, without protest or notification, without prejudice, recourse, or delay guarantee to transfer **€5'000'000'000.00 (Five Billion Euros)**, to the bank account designated by beneficiary, as mentioned of this Agreement. This transfer will be done before any orders, agreements or arrangements of Investor come into effect.

This pay order shall remain in effect until this transaction, including any renewals, extensions and additions are fully completed.

We confirm that upon the execution of this "Fee Protection Agreement" this document is our Irrevocable Pay order. This Agreement-Pay order shall be lodged in our bank and a copy from that bank will be forwarded to you the beneficiaries. We agree that this irrevocable pay-order will also be lodged with Asset Manager Side paymaster's bank for the simultaneous collection with the first tranche.

THE FIRST PARTY: _[signature]_                THE SECOND PARTY: _[signature]_                5

CONTRACT No. DEUT:DEUT:HVBK:/MFGL-AJE/10/02.2017
TRANSACTION CODE:  DEUT:DEUT:HVBK:/MFGL-AJE/10/02.2017

DATE: 10 February 2017

## ARBITRATION:

All disputes and questions whatsoever which arises between the parties to this agreement and touching on this agreement on the construction or application thereof or any account cost, liability to be made hereunder or as to any act or way relating to this agreement shall be settled by the arbitration in accordance with the arbitration laws of the ICC.

This agreement contains the entire agreement and understanding concerning the subject matter hereof and supersedes and replaces all prior negotiations and proposed agreements, written or oral. Neither of the parties may alter, amend, nor modify this agreement, except by an instrument in writing signed by both parties. This agreement will be governed by and construed in accordance with the laws of United Kingdom. In the event that either party shall be required to bring any legal actions against the other in order to enforce any of the terms of this agreement the prevailing party shall be entitled to recover reasonably attorney fees and costs.

**The main assets, in amount of €5'000'000'000.00 (Five Billion Euros), would be transferred to the designated bank accounts of the companies, chosen and established between the Asset Manager and the Investor as future "profitable" investments, including Government Bonds, Government approved projects and initiatives and Investment in Financial Institutions.**

This Fee Agreement-Pay Order, if transmitted by facsimile or electronic mail shall be considered an original, legally enforceable document. Generally recognized International Standards of Non Circumvention and Non-disclosure are applicable for a period of Five Years from the date of this document or the last date of the contract including any renewals, extensions and additions are fully completed and we agree to respect those.

We hereby declare that we are fully aware that the information received from you is in direct response to our request and is not in any way considered or intended to be a solicitation of funds of any sort, or any type of offering, and is intended for our general knowledge only. We hereby affirm, under penalty of perjury, that we have requested information from you and your organization by our choice and free will, and further that you have not solicited us in any way. Intermediaries are NOT Advisors of any kind.

Parties to this agreement are independent contractors and all contemplated payments and/or disbursements hereunder are divided interests. Nothing in this agreement construes or creates a partnership or employer/employee relationship between or among the parties hereto. All taxes, federal, state or other are the independent responsibility of each of the parties hereto.

The above stated codes and any other identification codes shall remain the same and shall not be changed until this transaction including any renewals, extensions and additions are fully completed and we agree to respect those. The transaction code may be amended only by agreement between all parties hereto. This transmission via facsimile will be accepted as an original and I confirm that I have authority to execute this Pay Order.

**INTERMEDIARYS PAYMASTER: – 5% of Face Value including Rolls and Extension**

| | |
|---|---|
| **BANK NAME:** | SHANGHAI PUDONG DEVELOPMENT BANK |
| **BANK ADDRESS:** | NO. 1607 SOUTH PUDONG ROAD, SHANGHAI 200122, P.R. CHINA |
| **BANK SWIFT:** | SPDBCNSHOSA |
| **CUSTOMER ID:** | OSA30103408 |
| **ACCOUNT NUMBER (EURO):** | OSA 13843630770649 |
| **ACCOUNT NAME:** | AJ ENERGY LLC |
| **BANK OFICER:**<br>**BANK OFICER'S TEL:**<br>**EMAIL:** | MISS ZHU CHUN<br>+86 21 58791733<br>ZHUC@SPDB.COM.CN |

----------SIGNATURE PAGE FOLLOWS----------

THE FIRST PARTY: _[signature]_          THE SECOND PARTY: _[signature]_          6

**CONTRACT No. DEUT:DEUT:HVBK:/MFGL-AJE/10/02.2017**
**TRANSACTION CODE:  DEUT:DEUT:HVBK:/MFGL-AJE/10/02.2017**

**DATE: 10 February 2017**

Parties hereto have executed this Agreement on the date **10 February 2017** first above written, providing each Party only one (1) original copy thereof.

**PARTY A-PROVIDER:**

Company Name: **MAYBROOK FINANCIAL GROUP LIMITED**
Represented By: **MR. MICHAEL BRAUNSBERG**
Designation: **CEO/DIRECTOR**
Date: **10 February 2017**

**PARTY B–RECEIVER:**

Company Name:  **AJ ENERGY, LLC**
Signatory Name: **MR. JIMMY H KIM**
Designation: **CFO**
Date: **10 February 2017**

**THE FIRST PARTY:**     **THE SECOND PARTY:**     7

**CONTRACT No. DEUT:DEUT:HVBK:/MFGL-AJE/10/02.2017**
**TRANSACTION CODE: DEUT:DEUT:HVBK:/MFGL-AJE/10/02.2017**

DATE: 10 February 2017

## FIRST PARTY PASSPORT COPY



THE FIRST PARTY:     THE SECOND PARTY:     8

CONTRACT No. DEUT:DEUT:HVBK:/MFGL-AJE/10/02.2017
TRANSACTION CODE:  DEUT:DEUT:HVBK:/MFGL-AJE/10/02.2017

**DATE: 10 February 2017**

## FUNDS PROVIDER /CLIENT CERTIFICATE OF INCORPORATION



## FILE COPY

## CERTIFICATE OF INCORPORATION
## ON CHANGE OF NAME

### Company Number **8096940**

The Registrar of Companies for England and Wales hereby certifies that under the
Companies Act 2006:

### GOSB LTD

a company incorporated as private limited by shares, having its registered office
situated in England and Wales, has changed its name to:

### MAYBROOK FINANCIAL GROUP LIMITED

Given at Companies House on31st March 2016



* N08096940N *

The above information was communicated by electronic means and authenticated
by the Registrar of Companies under section 1115 of the Companies Act 2006

THE OFFICIAL SEAL OF THE
REGISTRAR OF COMPANIES

Companies House

---

THE FIRST PARTY:            THE SECOND PARTY:            9

CONTRACT No. DEUT:DEUT:HVBK:/MFGL-AJE/10/02.2017
TRANSACTION CODE: DEUT:DEUT:HVBK:/MFGL-AJE/10/02.2017

DATE: 10 February 2017

## SECOND PARTY PASSPORT COPY



THE FIRST PARTY:        THE SECOND PARTY:      10

**CONTRACT No. DEUT:DEUT:HVBK:/MFGL-AJE/10/02.2017**
**TRANSACTION CODE:  DEUT:DEUT:HVBK:/MFGL-AJE/10/02.2017**

**DATE: 10 February 2017**

### FUNDS RECEIVER /CLIENT CERTIFICATE OF INCORPORATION



SECRETARY OF STATE

STATE OF NEVADA

## NEVADA STATE BUSINESS LICENSE

### AJ ENERGY, LLC
Nevada Business Identification # NV20101355402

#### Expiration Date: April 30, 2017

In accordance with Title 7 of Nevada Revised Statutes, pursuant to proper application duly filed and payment of appropriate prescribed fees, the above named is hereby granted a Nevada State Business License for business activities conducted within the State of Nevada

Valid until the expiration date listed unless suspended, revoked or cancelled in accordance with the provisions in Nevada Revised Statutes.  License is not transferable and is not in lieu of any local business license, permit or registration

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the Great Seal of State, at my office on February 17, 2016



BARBARA K. CEGAVSKE
Secretary of State

*You may verify this license at www.nvsos.gov under the Nevada Business Search.*

License must be cancelled on or before its expiration date if business activity ceases. Failure to do so will result in late fees or penalties which by law cannot be waived.

**THE FIRST PARTY:**          **THE SECOND PARTY:**          11



# MAYBROOK FINANCIAL GROUP LIMITED
11 Church Road, Great Bookham, Surrey, KT23 3PB, UK
Private limited Company. Company number 08096940.

## PROVIDER – TRANSFER SLIP INFORMATION

NOTIFICATION : BANK ADVICE DELIVERY STATUS (SENT)
MESSAGE ACK PRIORITY/DELIVERY : URGENT
PAYMENT REFERENCE : DEUT997856743216
CLEARING HOUSE : DEUT-HEBA37890672
IMAD NO. : 090512DEUTDEFFXXX886479
TRANSACTION CODE : DEUT:DEUT:HVBK/MFGL-AJE/10/02.2017
SERVER ID : AS8373
SERVER IP : 193.150.166.0/24 / 193.150.166.0/243
SORT CODE : 678 691 681

### SENDER

BANK NAME : DEUTSCHE BANK AG
BANK ADDRESS : TAUNUSANLAGE 12, FRANKFURT AM MAIN, GERMANY
APPLICANT : MAYBROOK FINANCIAL GROUP LIMITED
COMPANY REG. NUMBER : 08096940
ACCOUNT NUMBER : 947259564
SWIFT CODE : DEUTDEFFXXX
AMOUNT : EUR 5,000,000,000.00
TRANSACTION ID : 090512DEUTDEFFXXX886479
IDENTITY CODE : 27C DE FR DE 17BEH 27C
UTR : DEUT997856743216

### RECEIVER

BANK NAME : WOORI BANK
BANK ADDRESS : 203, HOEHYEONDONG 1-GA, JUNG-GU, SEOUL,
KOREA
ACCOUNT NAME : AJ ENERGY, LLC
ACCOUNT NO. : 1081-400-728598
SWIFT CODE : HVBKKRSE



# MAYBROOK FINANCIAL GROUP LIMITED
11 Church Road, Great Bookham, Surrey, KT23 3PB, UK
Private limited Company.  Company number 08096940.

-----------------------------------------------MESSAGE TEXT----------------------------------------------------

WE, DEUTSCHE BANK AG LOCATED AT TAUNUSANLAGE 12, 60325 FRANKFURT AM MAIN,
GERMANY WITH FULL BANK RESPONSIBILITY HEREBY PRESENT OUR UNCONDITIONAL,
IRREVOCABLE, ASSIGNABLE, TRANSFERABLE CASH BACKED STANDING IP SPECIAL
TRANSFER SWIFT FOR FURTHER CREDIT TO AJ ENERGY, LLC WITH WOORI BANK ACCOUNT
NUMBER 1081-400-728598 IN THE AMOUNT OF EUR 5,000,000,000.00 (FIVE BILLION EUROS)
FOR PROJECT INVESTMENTS AND DEVELOPMENT (TRANSACTION CODE:
DEUT:DEUT:HVBK/MFGL-AJE/10/02.2017, TRANSACTION ID: 090512DEUTDEFFXXX886479,
AGREEMENT NUMBER: DEUT:DEUT:HVBK/MFGL-AJE/02.2017). WE HEREBY CONFIRM THAT
THESE FUNDS ARE CLEAN AND CLEAR FROM ANY LEGAL ISSUE FOR AND ON BEHALF OF
DEUTSCHE BANK FRANKFURT AM MAIN FOR BENEFIT OF AJ ENERGY, LLC.

-----------------------------------------------MESSAGE TRAILER-------------------------------------------------

Transaction ID          : 090512DEUTDEFFXXX886479
Transaction code        : DEUT:DEUT:HVBK/MFGL-AJE/10/02.2017
Reference No.           : DEUT997856743216
Date recorded           : 13.02.2017 – 14.57.45 / 14.59.24
Signatory Approved

****************************************END OF MESSAGE**********************************************

DEUTSCHE BANK AG OFFICERS AUTHORIZATION

Dr.Marcus Schenck                    Mr.Stuart Lewis
Chief Financial Officer              Chief Risk Officer
PIN: 02569                           PIN: 93752
SSN: 021167677
ZIP code: 03275
SIC code: 9231
Director ID: 916696857
Phone +49 69 910 32010-60 /odder/ +49 69 910 31 183
Steur ID: DE 114103379

# [FWD: PAYMENT FOR FURTHER CREDIT TO AJ ENERGY, LLC]

**Received:** ✎ 🔒 **May 23, 2018 9:32 PM**

**From: alexander@aj-energy.com**

**To: camlawyer camlawyer@protonmail.com**

-------- Original Message --------
Subject: PAYMENT FOR FURTHER CREDIT TO AJ ENERGY, LLC
From: Dr. Marcus Schenck <marcus.schenck@db.com>
Date: Thu, February 16, 2017 6:39 pm
To: Alexander@aj-energy.com

Dear Mr. Park and Mr. Lee:

I am forwarding to you the screen copy of transaction ID DEUT:DEUT:HVBK:/MFGL-AJE/10/02.2017 between our client Maybrook Financial Group and AJ Energy LLC and two pages of pre-advise letter.

Sincerely,

Dr. Marcus Schenck
Deutsche Bank AG, Frankfurt

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

✎ 3 files attached

📄 1Screen5bWB.AJE.13.02.png (636.17 KB)   📄 MaybrookPreadvise13.02.1.jpg (655.85 KB)   📄 MaybrookPreadvise13.02.2.jpg (722.43 KB)

```
RECEIVER'S CODE : TRANSACTION CODE NUMBER : DEUT:DEUT:HVBK/MFGL-AJE/10/02.2017
AGREEMENT CODE NUMBER : DEUT:DEUT:HVBK/MFGL-AJE/02.2017
Date : 13st February 2017
Starting Time : 16:59:35
-----------------------IP SPECIAL TRANSFER SWIFT Message Transmission--------------------
456 : /Bank Sender Sender Swift : DEUTDEFFXXX
295 : /Bank Sender Global IP : 193.150.166.0/24
095 : /Bank Sender Network Delivery Status : Global Ack
765 : /Bank Sender Sender Terminal : Db.terminal SO200235
485 : /Bank Global Server ID : AS8373
104 : /Bank Source Transaction ID : 090512DEUTDEFFXXX886479
356 : /Bank Server Serial ID : 8020005635
1 : ///SRV1 Name=ebankingdb1.db.com2
2 : ///SRV1 Name=ebankingdb2.db.com3
3 : ///SRV1 Name=ebankingdb.db.com
758 : /DB IDENTITY CODE: 27C DB FR DE 17BEH
864 : /Input by Germany Global Time : Monday, 13st February, 2017 16:59:35
CLIENT N° : 000000000SRT-RN-388-37862BEH17RLRN000
658 : /PERMIT ARRIVAL MONEY N° : SGT-664M388RT667
197 : /DB SCREEN SHOT CODE : A23F17.01.31.47.GTF5
564 : /BANK UNIQUE TRANSACTION REFERENCE : DEUT997856743216
648 : /IMAD N° : 090512DEUTDEFFXXX886479
937 : /Client Sender Account Name : MAYBROOK FINANCIAL GROUP LIMITED
854 : /Company Register N° : 08096840
459 : /CLEARING HOUSE N° : DEUT-HEBA37890672
037 : /Client Bank : Deutsche Bank Ag Germany
396 : /Client Swift Code or BIC : DEUTDEFFXXX
105 : /Client Account Number in DB : 947259564
956 : /TRANSFER CODE : 144A:S:G4639DVY8
987 : /CHAPS TREASURY AGREEMENT N° : CR38828530
209 : /Client Transfer Amount : 5,000,000,000.00 #EUR#
986 : Receiver/ Receiving Server IP : 193.150.166.0/24 / 193.150.166.0/243
574 : Receiver/ Receiving Server ID : AS8373
585 : Receiver/ Bank Correspondent : DEUTSCHE BANK AG
586 : Receiver/ Bank Correspondent Address : TAUNUSANLAGE 12, FRANKFURT AM MAIN, GERMANY
587 : Receiver/ Bank Correspondent Swift : DEUTDEFF
588 : Receiver/ Bank Account Number : 4122023377
103 : Receiver/ Bank Name : WOORI BANK
927 : Receiver/ Bank Address : 203, HOEHYEONDONG 1-GA, JUNG-GU, SEOUL, KOREA
183 : Receiver/ Swift Normal : HVBKKRSE
185 : Receiver/ Reference : FOR FURTHER CREDIT TO AJ ENERGY, LLC WITH WOORI BANK ACCOUNT NUMBER
1081-400-728598
364 : Receiver/ Common Account Number : W1024001KR
198 : Receiver/ Beneficiary Name : AJ ENERGY, LLC
197 : Receiver/ Beneficiary Bank : WOORI BANK
357 : Receiver/ Beneficiary Bank Address : 203, HOEHYEONDONG 1-GA, JUNG-GU, SEOUL, KOREA
109 : Receiver/ Beneficiary Bank Swift : HVBKKRSE
967 : Receiver/ Account Number : 1081-400-728598
968 : Receiver/ WTS Server : SO200235 OR 8020005635
969 : Receiver/ Logon Domain : DEUBA
970 : Receiver/ Logon Server : FRAESXXSDBEP_21
318 : Receiver/ Company Name : AJ ENERGY, LLC
319 : Receiver/ Company Address : 1400 DOVE STREET, SUITE 220, NEWPORT BEACH, CA 92660, USA
320 : Receiver/ Server Login : FRAESDNDBEP_21
321 : Receiver/ Identity Code : 27C DB FR DE 17BE
138 : Receiver/ Global Server ID : AS8373
107 : Receiver/ Global Server IP : 193.150.166.0/24 / 193.150.166.0/243
108 : Receiver/ Euroclear Number : 90288
139 : Receiver/ DTC Number : 0141
140 : Receiver/ Euroclear Clearstream : 7263
141 : Receiver/ DTC Clearstream : 7211
142 : Receiver/ Euroclear Server : 10648.23199.91479.97708.99365
143 : Receiver/ DTC Clear Stream Number : 7015.7024.7178.7277.7298.7402.7424
144 : Receiver/ Clearing Code : BL50070010
145 : Receiver/ Clearing Number Portal : BL50070010
316 : Receiver/ Amount : 5,000,000,000.00 #EUR#
********************** Sender Transmission IP Special Transfer SWIFT ***********************
// Sender Amount : 5,000,000,000.00 EUR
// RECEIVER CODE : 5,0b / FR - db - GO - YA / 13022017 / - 456782 - AS8373 - db2102 - S2S
// PROVIDER CODE : 5,0b / FR - db - GO - YA / 13022017 / AS8373 - db2102 - S2S
// TRANSMITTING BANK : Deutsche Bank Ag Germany
// BANK ADDRESS : &0262 Frankfurt Am Main Germany
// SWIFT CODE : DEUTDEFFXXX
// CABLE ADDRESS : tf - C - / B - 020005635 432177 - Frankfurt Germany
// SWIFT CODE : 020005635 - T - 049 - 12091 - 45873 - SEC DEUTDEFFXXX
//1)DEPOSIT CODE : G943 - 6732 - 1034 / G9434 - 4146 - 501
//2)BLOCKING CODE : set by receiving bank
//3)REFERENCE CODE : 1069 - 9543 - G943 - 3214 - DEUT997856743216
//4)FEDDE CODE : F - 2100100 - 5154 - G943 - 1069 - 9543 - 8969 - 342
//5)SECURITY CODE : set by receiving bank
//6)WITHDRAWAL FEDS CODE : set by receiving bank
//7)INTERNATIONAL DEPOSIT CODE : db79056588 dts2a / N°. 79056 - CA - 79055
//8)DEPOSIT TRANSACTION N°S : Leg/No G493 - 6543 - 8906. G6098 - 9573 - 2085
//9)MILLION/BILLION DEPARTMENT Frankfurt : Art/Y - Law - 21 - Frankfurt Government, TCL75342
//10)ONE - TIME SATELLITE SWIFT DOWNLOAD ACCESS WITHDRAW CODE 957362041489. Gxc4329637e69 .Db491

************************************* ATTACHED MESSAGE *************************************
WE, DEUTSCHE BANK AG LOCATED AT TAUNUSANLAGE 12, 60325 FRANKFURT AM MAIN, GERMANY WITH FULL BANK
RESPONSIBILITY HEREBY PRESENT OUR UNCONDITIONAL, IRREVOCABLE, ASSIGNABLE, TRANSFERABLE CASH BACKED
STANDING IP SPECIAL TRANSFER SWIFT FOR FURTHER CREDIT TO AJ ENERGY, LLC WITH WOORI BANK ACCOUNT
NUMBER 1081-400-728598 IN THE AMOUNT OF EUR 5,000,000,000.00 (FIVE BILLION EUROS) FOR PROJECT
INVESTMENTS AND DEVELOPMENT (TRANSACTION CODE: DEUT:DEUT:HVBK/MFGL-AJE/10/02.2017, TRANSACTION ID:
090512DEUTDEFFXXX886479, AGREEMENT NUMBER: DEUT:DEUT:HVBK/MFGL-AJE/02.2017). WE HEREBY CONFIRM THAT
THESE FUNDS ARE CLEAN AND CLEAR FROM ANY LEGAL ISSUE FOR AND ON BEHALF OF DEUTSCHE BANK FRANKFURT
AM MAIN FOR BENEFIT OF AJ ENERGY, LLC.
16:59 GMT +001 13 February, 2017
************************************* END OF ATTACHED MESSAGE *************************************

-------------------------End of Code Transmission------------------------
Sender Web Link https://ebankingdb2.
db.com/workbench/index.do?loggedon&locale=en-Db&NavLB_EBCH=4915.9867.7236.24
Ending Time : 17:02:28
Code
1. Final Code : 2CCE4381A77A77E60DB8EADA6EC10AD7
2. INTERBANK BLOCKING CODE : 144A:S:G4639DVY8
3. SORT CODE : 678 691 681
4. RELEASE CODE : 598.D53225
5. ACCESS CODE : HSB1288400
6. TRANSACTION CODE : DEUT:DEUT:HVBK/MFGL-AJE/10/02.2017.
7. TRANSACTION ID : 090512DEUTDEFFXXX886479
8. FINAL BLOCKING CODE : CR38828530
9. TRANSFER CODE : 144A:S:G4639DVY8
10. WTS SERVER : SO200235
11. BONDING KEY : jWa992Am973
12. DOWNLOADING CODE : AM-7263-L-88192-56598-72596
13. RECEIVING CODE : 628-1972-3478-569-9217
14. ACTIVATION CODE : AM-7263-M-88779-59718-76596
15. BRANCH/DB PRIVAT : 526-9472595-64-78456
16. TERMINAL ID : D48238FD7089E3V6f7f24b5

DEUTSCHE BANK AG OFFICERS AUTHORIZATION

Dr.Marcus Schenck                          Mr.Stuart Lewis
Chief Financial Officer                    Chief Risk Officer
PIN : 02569                                PIN : 93752
SSN : 021476677
ZIP code : 03275
SIC code : 9231
Director ID : 916696857
Phone : +496991032010-60 /odder/ +496991031183
Steur ID : DE 114103379
```

# Exhibit 10

저희 우리은행 은 거진만즘 큰 보답을 드리겠습니다.

A J   E N E R G Y ,   L L C ᆸ

AJ ENERGY, LLC

계좌번호 1081-400-728598

예금과목 외화보통예금(외화보통예금)

실명확인필16-09-30(신규발행)



●우리은행 

인감사용

신고객번호080547071

거래점명 가락중앙금융센터   개설일자 2016-09-30   서비   02-431-0506

분장관리점 가락중앙금융센터   발행일자 2016-09-30   전화   02-431-0506

통장일련번호  001

약관적용 안내

▶ 이 통장의 거래에는 예금거래기본약관, 외국환거래법규
및 해당예금 개별약관을 적용하며 저희은행에 비치된
약관내용을 열람 또는 교부받으실 수 있습니다.

이 용 안 내

▶ 이 통장은 외화보통예금, 외화MMDA 예금, 외화정기예금,
외화편리정기예금, 외화자유적립예금을 동시에 거래하실
수 있습니다.
▶ 신고된 서명만으로 예금을 찾으실 경우에는 예금주가 본
인의 주민등록증을 제시하셔야 합니다.
▶ 통장, 인감, 현금지급(CD)카드, 신용카드 등의 분실시는
바로 가까운 우리은행이나 「고객만족센터」로 신고하여
주십시오.
▶ 고객만족센터(일제전화)
 · 전국어디서나 ☎ 1588-5000 / 1599-5000
 · 한국폰 사용시 ☎ 02)2006-5000
 ※ 외화예금조회FIX (문역조회) : 142) 미래대역 : 143)

▶ 이 예금상품은 예금자보호법에 의해 보호되지 않습니다.

♣우리은행 유학이주센터 [안내전화 (02)2002-3000]
▶ 해외이주비, 유학경비 송금 및 추천 ▶ 해외금융) 권 게좌 개설 ▶ 지급/부동산 관리 ▶ 국내외 세무 법률 상담 ▶ 각종 정보 제공

# Exhibit 11

CONTRACT No.:
TRANSACTION CODE:

DATE: 20/ 04/2018

# AGREEMENT ON DELIVERY OF CASH FUNDS FOR INVESTMENTS TRANSFER VIA IP/IP CODE SERVER No.
# CONTRACT No.:

This "Business/ Asset Management Agreement (BA) is signed/ executed on 20 /04/ 2018by and between:

PARTY A-PROVIDER:

| | |
|---|---|
| COMPANY NAME: | ALFA Contracting GmbH |
| COMPANY ADDRESS: | KURALLEE 1, 06114 HALLE (SAALE), LEIPZIG, GERMANY |
| COMPANY REG. № | HRB213912 |
| REPRESENTED BY: | MR. Erich Wagner |
| ARM PASSPORT №: | C6HM6YKJR |
| DATE OF ISSUE: | 24.09.2016 |
| DATE OF EXPIRY: | 23.09.2026 |
| ACCOUNT NUMBER: | 0593799000 |
| BANK NAME: | DEUTSCHE BANK PRIVAT UND GESCHÄFTSKUNDEN |
| ACCOUNT NAME | ALFA CONTRACTING GMBH |
| IBAN CODE (EUR): | DE84 8607 0024 0593 7990 00 |
| SWIFT CODE: | DEUTDEDBLEG |
| BANK OFFICER NAME: | MR. CHRISTIAN SEWING  PIN: 90891 |
| BANK OFFICER EMAIL: | CHRISTIAN.SEWING@DB.COM |
| BANK PHONE №: | +49 6991031183/+49 345 / 230-13-00 |

HEREINAFTER REFERRED TO AS: **PARTY A OR "THE FIRST PARTY"**

**AND**

PARTY B–RECEIVER:

| | |
|---|---|
| COMPANY NAME: | AJ ENERGY, LLC |
| BUSINESS ADDRESS: | 1400 DOVE STREET, SUITE 220, NEWPORT BEACH, CA92660, USA |
| REPRESENTED BY: | MR. JIMMY KIM |
| COMPANY REG. NUMBER: | NV 20101355402 |
| TITLE: | CFO |
| PASSPORT NUMBER: | 485281454 |
| ISSUED DATE: | 06/07/2011 |
| EXPIRY DATE: | 06/07/2021 |
| COUNTRY: | USA |

HEREINAFTER REFERRED TO AS: **PARTY B OR"THE SECOND PARTY"**
**Having all necessary power and authority, and acting according to existing laws, to conclude the present "Business Agreement (hereinafter" BA)**

1. RECITAL&REPRESENTATION:

- WHEREASPARTYAREPRESENTS THE FINANCIALSERVERCASHFUNDSOFAFACEVALUEOF€250 000'000'000.00 (Two Hundred and fifty billon Euros) CASH FUNDSWHICH AREAVAILABLEATDEUTSCHEBANKAG,AM MAINFRANKFURT,GERMANY,ANDPARTYAISREADYTOMAKEAVAILABLETHESESERVERCASH    BACKFUNDSIN DEUTSCHEBANK AG IN FAVOR OFPARTY BFOR THE PURPOSE OF INVESTMENT IN

THE FIRST PARTY:THE SECOND PARTY:

1

CONTRACT No.:
TRANSACTION CODE:

DATE: 20/ 04/2018

GOVERNMENT BONDS AND OTHER SECURITIES, INVESTMENTS IN GOVERNMENT APPROVED PROJECTS AND INITIATIVES AND INVESTMENTS IN FINANCIAL INSTITUTIONS.

- WHEREASPARTYAREPRESENTSTHATDEUTSCHE BANK AGISTHELAWFULOWNEROFTHEPROPOSEDFUNDS.
- WHEREASPARTYBATTESTSTHATITHASCOMPLETEDALLARRANGEMENTSWITH          THEIR          BANK TORECEIVETHESAIDFUNDSINDEUTSCHEBANKAG.PARTYBALSOCONFIRMSIRREVOCABLYTHATITHASTHEMONE TARYRESOURCESANDITSREADINESSWITHCASHTOPAYTHEREQUIREDAMOUNT,DUEASPERTHISAGREEMENTTO PARTYAACCORDING      THE     MUTUALLY     AGREED     SCHEDULE    UPONPARTYAPRESENTING     A SCANNEDCOPYOFBANKINFORMATION"TRANSFERSLIP" AND MT-799 TO RECEIVING BANK.
- WHEREAS,THEPARTIESHAVESPECIALEXPERIENCEINTHEAREASOFLEGALSERVICES,BANKING,INTERBANKSCRE ENTRANSACTION,INVESTMENTIN
  DIFFERENTPROJECTS,MANAGEMENTOFSERVERCASHFUNDS,ISSUINGOFSECURITIES,ASWELLASWORKONSECUR ITIESMARKET,NECESSARYFOREXECUTIONOFTHISTRANSACTION;
- WHEREAS,         ITISAGREEDBYTHEPARTIESTOSETFORTH         CONDITIONSANDTHEIR         COVENANTSIN WRITING;NOWTHEREFORE,INCONSIDERATIONOFTHEMUTUALCOVENANTS,TERMSANDCONDITIONSHEREIN,A NDOTHERGOODANDVALUABLECONSIDERATION,THERECEIPTANDSUFFICIENCYOFWHICHISHEREBY ACKNOWLEDGED BYTHEPARTIESHERETO,THE PARTIESHEREBYAGREEASFOLLOWS:
- PARTYA,DECLARESTHATSERVERFUNDSINDEPOSITATDEUTSCHEBANK          AG,INTHEAMOUNTOFFIVE BILLIONEURO,ISREADYTOMAKEAVAILABLE SERVER CASHANDTRANSFERTHE SERVERCASHVIA COMMON ACCOUNTIN FAVOROFAND FORBENEFITTOPARTYB.

## 2. PAYMENTCOMMITMENT:

- PARTY B HEREBY IRREVOCABLY COMMITS AND UNDERTAKES TO PAY AS FULL AND FINAL SETTLEMENT FOR THE SERVER CASH FUNDS RECEIVED FROM PARTY AACCORDING TO INFORMATION PROVIDED.
- EACH PARTY IS RESPONSIBLE TO PAY ALL THEIR RESPECTIVE TAXES/COST (IF ANY).

## TOTAL FACE VALUE: €250'000'000.00 (Two hundred and fifty billion Euros) with R&E SENDER OPTION

| 1 | INSTRUMENT: | Server Cash Funds for Investment via IP/IP |
|---|---|---|
| 2 | TOTAL FACE VALUE: | €250 000'000'000.00 (Two hundred and fifty billion Euros) with R&E SENDER OPTION |
| | | 100% INCLUDING: |
| 3 | SENDER SIDE | 5% (fife percent) of each transaction value |
| 4 | RECEIVER SIDE | 95% (ninety five percent) of each transaction value |

## 3.   TRANSACTION PROCEDURE AND RESPONSIBILITIES / OBLIGATIONS AND LIBILITIES OF THE PARTIES:

a)     PARTY A AND PARTY B SIGNED CONTRACT, PLACED IT IN DESIGNATED BANKS AND ESTABLISH THE COMMUNICATION BETWEEN TWO BANK OFFICERS.

b)     BANK OFFICERS SHELL EXCHANGE THE SERVER INFORMATION.

c)     PARTY A SHALL TRANSFER (UPLOAD) THE SERVER CASH FUNDS AMOUNTING TO FIVE HUNDRED MILLION EUROS AS A FIRST TRANCHE TO DESIGNATED COMMON ACCOUNTIN FAVOR OF AND FOR FURTHER BENEFIT TO PARTY B;

d)     PARTY A WILL SUBSEQUENTLY PROVIDE THE INFORMATION TRANSFER SLIP TO PARTY BTOGETHER WITH AN AFFIDAVIT OF OWNERSHIP AS EVIDENCE OF TRANSFER AND COPY OFMT-799.

e)     PARTY B SHALL LOCATE AND CONFIRM THE FUNDS BY USING THE PROVIDED DOCUMENTS WITHIN 72 HOURS.

f)     THE SUBSEQUENT TRANCHES WILL BE CARRIED OUT FOLLOWING THE SAME PROCEDURE.

## 4.  SPECIAL PROVISIONS:

a)  [TAXES]:EACHPARTY,INDIVIDUALLYANDSEPARATELY,SHALLBEARRESPONSIBILITYANDACCEPTSLIABILITYFO RRAPPLICABLEPAYMENTSOFANYTAX,IMPOSED,LEVIESANDDUTIESOFCHARGESTHATMAYBEFOUNDAPPLICABL.

THE FIRST PARTY:THE SECOND PARTY:                                                                    2

| CONTRACT No.:<br>TRANSACTION CODE: | |
|---|---|
| | **DATE: 20/ 04/2018** |

EDURINGTHEFULFILLMENTOFTHEIRRESPECTIVEOBLIGATIONSUNDERTHISAGREEMENT.

b) THEPARTIESMAYASSIGNORTRANSFERITSRIGHTSORDUTIESINTHISAGREEMENTWITHTHE
EXPRESSWRITTENCONSENTOFTHEOTHERPARTY

c) NOCOPIESOFTHISAGREEMENTTOBEDISTRIBUTEDTOANYINVOLVEDINTERMEDIARIES.ONLYPRINCIPALTOPRIN
CIPALTOBEINVOLVED INCOMMUNICATIONAND EXCHANGING BANKINGDETAILS.

### DETAILS PROVIDER BANK – PARTY A:

| | |
|---|---|
| SERVER ID: | AS8373 |
| SERVER IP: | 193.150.166.0/24 |
| COMMON SERVER IP: | 193.150.167.7 |
| TRANSACTION ID: | AS8373 |
| REFERENCE NO.: | DEUT997856743216 |
| UNIQUE TRANSACTIONREFERENCE: | DEUT997856743216 |
| BANK NAME: | DEUTSCHE BANK PRIVAT UND GESCHÄFTSKUNDEN |
| BANK ADDRESS: | LEIPZIGER STRASSE 87-92, 06108 HALLE (SAALE), LEIPZIG, GERMANY |
| SWIFT CODE: | DEUTDEDBLEG |
| ACCOUNT NAME: | ALFA CONTRACTING GMBH |
| IBAN CODE: | DE84 8607 0024 0593 7990 00 |
| ACCOUNT NO /EURO: | 0593799000 |
| SWIFT / BIC CODE: | DEUTDEDBLEG |
| PHONE NUMBER: | +49 6991031183/+49 345 / 230-13-00 |
| AMOUNT: | |
| UTR: | DEUT997856743216 |

### DETAILS RECEIVER BANK - PARTY B:

| | | |
|---|---|---|
| 01 | BANK NAME: | WOORI BANK |
| 02 | BANK ADDRESS: | 203, HOEHYEON-DONG 1(IL)GA, JUNG-GU, SEOULKOREA |
| 03 | BANK SWIFT: | HVBKKRSE |
| 04 | BANK ACCOUNT NUMBER: | 1081-400-728598 |
| 05 | BANK IBAN: | |
| 06 | ACCOUNT NAME: | AJ ENERGY, LLC |
| 07 | BANK OFFICER: | MR. YOON SOO PARK |
| 08 | BANK OFFICER TEL: | +82 2 431 0506 |
| 09 | BANK OFFICER EMAIL: | 18711976@wooribank.com |
| | | IP/ID S2S DETAIS BANK OF BENEFICIARY |
| 10 | BANK NAME | Deutsche Bank AG |
| 11 | BANK ADDRESS | TAUNUSANLAGE 12, FRANFURT AN MAIN,GERMANY |
| 12 | BANK SWIFT | DEUTDEFF |
| 13 | BANK ACCOUNT NUMBER | 4122023377 |
| 14 | EUROCLEAR NUMBER | 90288 |
| 15 | DTC NUMBER | 0141 |
| 16 | EUROCLEAR CLEARSTREAM | 7263 |
| 17 | DTC CLEARSTREAM | 7211 |
| 18 | EUROCLEAR SERVER | 10648.23199.91479.97708.99365 |
| 19 | DTC   CLEAR   STREAM NUMBER | 7015.7024.7178.7277.7298.7402.7424 |

THE FIRST PARTY:THE SECOND PARTY:

3

CONTRACT No.:
TRANSACTION CODE:

DATE: 20/ 04/2018

| 20 | CLEARING CODE | BL50070010 |
|----|---------------|------------|
| 21 | CLEARING NUMBER PORTAL | BL50070010 |
| 22 | RECEIVING SERVER IP | 193.150.166.0/24 / 193.150.166.0/243 |
| 23 | RECEIVING SERVER ID | AS8373 |
| 24 | ACCESS CODE | HSB1288400 |
| 25 | IDENTITY CODE | 27C DB FR DE 17BE |
| 26 | SORT CODE | 678 691 681 |
| 27 | PERMIT ARRIVAL MONEY | SCF-664M388RT667 |
| 28 | WTS SERVER | S0200235 or S020005635 |
| 29 | LOGON DOMAIN | DEUBA |
| 30 | LOGON SERVER | FRAESXXSDBEP 2 |
| 31 | CURRENCY | EURO |
| 32 | AMOUNT | |
| 33 | REFERENCE | FOR FURTHER CREDIT TO AJ ENERGY, LLC WITH WOORI BANK ACCOUNT NUMBER 1081-400-728598 |
| 34 | GLOBAL SERVER ID | AS8373 |
| 35 | GLOBAL SERVER IP | 193.150.166.0/24 / 193.150.166.0/243 |
| | TRANSACTION ID | NEW |
| | COMMON ACCOUNT | W1024001KR |

5.   REPRESENTATIONS AND WARRANTIES:

**Representations**
(a) Organization. It is duly organized, validly existing and in good standing under the laws of its jurisdiction of formation with all requisite power and authority to enter into this Agreement, to perform its obligations hereunder and to conduct the business of the Program and the Subsidiaries.
(b) Enforceability. This Agreement constitutes the legal, valid and binding obligation of such party enforceable in accordance with its terms.
(c) Consents and Authority. No consents or approvals are required from any governmental authority or other Person for it to enter into this Agreement. All action on the part of such party necessary for the authorization, execution and delivery of this Agreement and the consummation of the transactions contemplated hereby by such party, have been duly taken.
(d) No Conflict. The execution and delivery of this Agreement by it and the consummation of the transactions contemplated hereby by it do not conflict with or contravene the provisions of its organizational documents or any agreement or instrument by which it or its properties or assets are bound or any law, rule, regulation, order or decree to which it or its properties or assets are subject.
**(e) Asset Manager. It has been afforded the opportunity to seek and rely upon the advice of its own attorney, accountant or other professional advisor in connection with the execution of this Agreement. Both party shall do so in respect of each other and under this Agreement written conditions.**
MISCELLANEOUS:

**Notice(s)**
Any modifications, amendments, addendums or follow on contracts will be executed by the two authorized signatories respectively. When signed and referenced to this agreement, whether received by mail or facsimile transmission as all and any facsimile or photocopies certified as true copies of the originals by both parties hereto shall be considered as an original, both legally binding and enforceable for the term of this agreement.

**Specific Performance; Other Rights**
The parties recognize that several of the rights granted under this Agreement are unique and, accordingly, the parties shall, in addition to such other remedies as may be available to them at law or in equity, have the right to enforce their rights under this Agreement by actions for injunctive relief and specific performance.

THE FIRST PARTY:THE SECOND PARTY:                                                                  4

| CONTRACT No.: |
| TRANSACTION CODE: |

**DATE: 20/ 04/2018**

**Prior Agreements; Construction; Entire Agreement**
This Agreement, including the Exhibits and other documents referred to herein (which form a part hereof), constitutes the entire agreement of the parties with respect to the subject matter hereof, and supersedes all prior agreements and understandings between them as to such subject matter and all such prior agreements and understandings are merged herein and shall not survive the execution and delivery hereof. In the event of any conflict between the provisions of this Agreement and those of any Joint Ventures Agreement, the provisions of the applicable Joint Venture Agreement shall control.

**Amendments**
This Agreement may not be amended, altered or modified except (i) upon the unanimous by instrument in writing and signed by each of Investor and Asset Manager.

**Severability**
If any provision of this Agreement shall be held or deemed by a final order of a competent authority to be invalid, inoperative or unenforceable, such circumstance shall not have the effect of rendering any other provision or provisions herein contained invalid, inoperative or unenforceable, but this Agreement shall be construed as if such invalid, inoperative or unenforceable provision had never been contained herein so as to give full force and effect to the remaining such terms and provisions.

**Counterparts**
This Agreement may be executed in one or more counterparts, all of which shall be considered one and the same Agreement, and shall become effective when one or more such counterparts have been signed by each of the parties and delivered to each of the other parties.

**Applicable Law; Jurisdiction**
This Agreement shall be governed by and construed in accordance with the laws of the Paris. The parties consent to the exclusive jurisdiction of the Paris shall be preceded with the according to the principal of the ICC, with any civil action concerning any controversy, dispute or claim arising out of or relating to this Agreement, or any other agreement contemplated by, or otherwise with respect to, this Agreement or the breach hereof, unless such court would not have subject matter jurisdiction thereof, in which event the parties consent to the jurisdiction of the ICC as  above indicated. The parties hereby waive and agree not to assert in any litigation concerning this Agreement the doctrine of forum non-convenient.

**Waiver of Jury Trial**
THE PARTIES HERETO HEREBY IRREVOCABLY AND UNCONDITIONALLY WAIVE TRIAL BY JURY IN ANY LEGAL ACTION OR PROCEEDING RELATING TO THIS AGREEMENT AND FOR ANY COUNTERCLAIM THEREIN.
**Arbitration**
Every attempt shall be made to resolve disputes arising from unintended or inadvertent violation of this contractual agreement as far as possible amicably. In the event that adjudication is required local legal process shall be preceded with according to the principal of the ICC as above indicated. Where judicial resolution is not thereby achieved, this matter shall be settled by the ICC itself and the decision of which all Parties shall consider to be final and binding. No State court of any nation shall have subject matter jurisdiction over matters arising under this Agreement.

**No Rights of Third Parties.**
(i) this Agreement is made solely and specifically between and for the benefit of the parties hereto and their respective members, successors and assigns subject to the express provisions hereof relating to successors and assigns, and (ii) no other Person whatsoever shall have any rights, interest, or claims hereunder or be entitled to any benefits under or on account of this Agreement as a third party beneficiary or otherwise.

**Survival**
The covenants contained in this Agreement which, by their terms, require performance after the expiration or termination of this Agreement shall be enforceable notwithstanding the expiration or other termination of this Agreement.

| THE FIRST PARTY:THE SECOND PARTY: | | 5 |

CONTRACT No.:
TRANSACTION CODE:

DATE: 20/ 04/2018

**Headings**
Headings are included solely for convenience of reference and if there is any conflict between headings and the text of this Agreement, the text shall control.

**No Broker.**
Each of Investor and Asset Manager represent and warrant that it has not dealt with any broker in connection with this Agreement and agrees to indemnify, defend and hold harmless each other party hereto and its Affiliates from all claims and/or damages as a result of this representation and warranty being false.

**Currency**
Any exchange of funds between Investor and Asset Manager shall be made in the same currency in which the Investor transferred the investment fund (Article III; Section 3.0.5.; (b)). In addition, all calculations pursuant to this Agreement and any Joint Venture Agreement shall be based on ICC regulations in Paris.

# IRREVOCABLE FEE PROTECTION AGREEMENT

I, **MR. JIMMY H KIM(USA pass. # 485281454) THE UNDERSIGNED, AJ ENERGY, LLC,** acting with full responsibility, hereby irrevocably and unconditionally, without protest or notification, without prejudice, recourse, or delay guarantee to pay the fee entitled to the beneficiaries listed on this document, via Wire transfer, at the time of settlement of each and every tranche of the transaction.

This Fee Agreement is our irrevocable pay order to the intermediaries and is and shall remain an intricate part of the contract between the buyer and the seller.

I, **MR. JIMMY H KIM(USA pass. # 485281454) THE UNDERSIGNED, AJ ENERGY, LLC,** acting with full responsibility, hereby irrevocably and unconditionally, without protest or notification, without prejudice, recourse, or delay guarantee to transfer **€250 000'000'000.00 (Two hundred and fifty billion Euros),** to the bank account designated by beneficiary, as mentioned of this Agreement. This transfer will be done before any orders, agreements or arrangements of Investor come into effect.

This pay order shall remain in effect until this transaction, including any renewals, extensions and additions are fully completed.

We confirm that upon the execution of this "Fee Protection Agreement" this document is our Irrevocable Pay order. This Agreement-Pay order shall be lodged in our bank and a copy from that bank will be forwarded to you the beneficiaries. We agree that this irrevocable pay-order will also be lodged with Asset Manager Side paymaster's bank for the simultaneous collection with the first tranche.

**ARBITRATION:**
All disputes and questions whatsoever which arises between the parties to this agreement and touching on this agreement on the construction or application thereof or any account cost, liability to be made hereunder or as to any act or way relating to this agreement shall be settled by the arbitration in accordance with the arbitration laws of the ICC.

This agreement contains the entire agreement and understanding concerning the subject matter hereof and supersedes and replaces all prior negotiations and proposed agreements, written or oral. Neither of the parties may alter, amend, nor modify this agreement, except by an instrument in writing signed by both parties. This agreement will be governed by and construed in accordance with the laws of United Kingdom. In the event that either party shall be required to bring any legal actions against the other in order to enforce any of the terms of this agreement the prevailing party shall be entitled to recover reasonably attorney fees and costs.

The main assets, in amount of **€250 000'000'000.00 (Two hundred and fifty billion Euros),** would be transferred to the designated bank accounts of the companies, chosen and established between the Asset Manager and the Investor as future "profitable" investments, includingGovernment Bonds,Government

THE FIRST PARTY:THE SECOND PARTY:

6

| CONTRACT No.: | |
|---|---|
| **TRANSACTION CODE:** | |
| | **DATE: 20/ 04/2018** |

**approved projects and initiatives and Investment in Financial Institutions.**

This Fee Agreement-Pay Order, if transmitted by facsimile or electronic mail shall be considered an original, legally enforceable document. Generally recognized International Standards of Non Circumvention and Non-disclosure are applicable for a period of Five Years from the date of this document or the last date of the contract including any renewals, extensions and additions are fully completed and we agree to respect those.

We hereby declare that we are fully aware that the information received from you is in direct response to our request and is not in any way considered or intended to be a solicitation of funds of any sort, or any type of offering, and is intended for our general knowledge only. We hereby affirm, under penalty of perjury, that we have requested information from you and your organization by our choice and free will, and further that you have not solicited us in any way. Intermediaries are NOT Advisors of any kind.

Parties to this agreement are independent contractors and all contemplated payments and/or disbursements hereunder are divided interests. Nothing in this agreement construes or creates a partnership or employer/employee relationship between or among the parties hereto. All taxes, federal, state or other are the independent responsibility of each of the parties hereto.

The above stated codes and any other identification codes shall remain the same and shall not be changed until this transaction including any renewals, extensions and additions are fully completed and we agree to respect those. The transaction code may be amended only by agreement between all parties hereto. This transmission via facsimile will be accepted as an original and I confirm that I have authority to execute this Pay Order.

----------SIGNATURE PAGE FOLLOWS----------

Parties hereto have executed this Agreement on the date20 April 2018 first above written, providing each

**PROVIDER or "Party A":**

**ALFA Contracting GmbH**

**REPRESENTED BY:  MR. ERICH WAGNER**
**PASSPORT No:  C6HM6YKJR**
**ISSUE/EXPIRY DATE:**
**24.09.2016/23.09.2016**
**20 April 2018**

**Party only one (1) original copy thereof.**

**RECEIVER or "Party B":**
" AJ ENERGY, LLC "

**REPRESENTED BY:  MR.JIMMY KIM**
**PASSPORT No:**
**ISSUE/EXPIRY DATE:06.0.2011/06.07.2021**
**20 April 2018**

| THE FIRST PARTY:THE SECOND PARTY: | | 7 |
|---|---|---|

**CONTRACT No.:**
**TRANSACTION CODE:**

DATE: 20/ 04/2018

**PARTY PASSPORT COPY**

**THE FIRST PARTY:THE SECOND PARTY:**

8

CONTRACT No.:
TRANSACTION CODE:

DATE: 20/ 04/2018

| Handelsregister B des Amtsgerichts Stendal | Abteilung B Wiedergabe des aktuellen Registerinhalts Abruf vom 21.08.2017 16:06 | Nummer der Firma: HRB 213912 |
|---|---|---|
| -Ausdruck- | Seite 1 von 2 | |

1.  Anzahl der bisherigen Eintragungen:

    2

2.  a) Firma:

    ALFA Contracting GmbH

    b) Sitz, Niederlassung, inländische Geschäftsanschrift, empfangsberechtigte Person, Zweigniederlassungen:

    Halle
    Geschäftsanschrift: Kurallee 1, 06114 Halle

    c) Gegenstand des Unternehmens:

    Ingenieurbüro für Anlagenbau mit GAN-Funktion, vorzugsweise in den Ländern der GUS in den Branchen Lebensmittelproduktion und Sportbauten. Weitere Branchen sind möglich. Es werden industrielle Anlagen geplant/projektiert (durch UAN), geliefert, montiert (durch UAN) und in Betrieb genommen (Engineering, Contracting Management, Personalschulungen). Die Gesellschaft übernimmt dabei die Leitung z. B. als Generalauftragnehmer (GAN) und bindet Unterauftragnehmer (UAN) für die einzelnen Leistungskomplexe im In- und Ausland oder übernimmt Teilleistungen als Auftragnehmer (AN) oder UAN. Bei Großaufträgen können Konsortien gegründet und entsprechende Konsortionalverträge abgeschlossen werden. Mit ausgewählten AN, UAN und Zulieferern können langfristige Kooperations- oder Lieferverträge abgeschlossen werden. Handel (Export/Import) im eigenen Namen bzw. im Namen anderer Gesellschaften oder Personen vorzugsweise mit Industrieausrüstungen und Handelswaren im Rahmen der oben genannten Branchen. Der Handel mit erlaubnispflichtigen Waren ist ausgeschlossen. Die Gesellschaft vertritt die eigenen Interessen bzw. Interessen anderer Gesellschaften oder Personen durch eigene regionale Repräsentanzen bzw. lässt sich durch andere Gesellschaften oder Personen vertreten. Über die Interessenvertretung für bzw. durch andere Gesellschaften oder Personen werden entsprechende Verträge (z. B. Agenturverträge) abgeschlossen. Die Gesellschaft berät andere Gesellschaften oder Personen beim Aufbau oder der Ausführung einer eigenen Geschäftstätigkeit in den Ländern der GUS. Die Gesellschaft übernimmt Aufträge anderer Gesellschaften oder Personen zur Abwicklung/Ausführung konkreter Geschäfte, Anlagenprojekte, Beratungsleistungen u.a.

3.  Grund- oder Stammkapital:

    26.000,00 EUR

4.  a) Allgemeine Vertretungsregelung:

    Ist nur ein Geschäftsführer bestellt, so vertritt er die Gesellschaft allein. Sind mehrere Geschäftsführer bestellt, so wird die Gesellschaft durch zwei Geschäftsführer oder durch einen Geschäftsführer gemeinsam mit einem Prokuristen vertreten.

    b) Vorstand, Leitungsorgan, geschäftsführende Direktoren, persönlich haftende Gesellschafter, Geschäftsführer, Vertretungsberechtigte und besondere Vertretungsbefugnis:

    Mit der Befugnis, im Namen der Gesellschaft mit sich im eigenen Namen oder als Vertreter eines Dritten Rechtsgeschäfte abzuschließen:
    Geschäftsführer: Wagner, Erich, Halle, *20.05.1953

5.  Prokura:

THE FIRST PARTY:THE SECOND PARTY:                              9

CONTRACT No.:
TRANSACTION CODE:

DATE: 20/ 04/2018

## FUNDS RECEIVER /CLIENT CERTIFICATE OF INCORPORATION



# NEVADA STATE BUSINESS LICENSE

### AJ ENERGY, LLC
Nevada Business Identification # NV20101355402

### Expiration Date: April 30, 2017

In accordance with Title 7 of Nevada Revised Statutes, pursuant to proper application duly filed and payment of appropriate prescribed fees, the above named is hereby granted a Nevada State Business License for business activities conducted within the State of Nevada.

Valid until the expiration date listed unless suspended, revoked or cancelled in accordance with the provisions in Nevada Revised Statutes.  License is not transferable and is not in lieu of any local business license, permit or registration.



IN WITNESS WHEREOF, I have hereunto set my hand and affixed the Great Seal of State, at my office on February 17, 2016

*Barbara K. Cegavske*

BARBARA K. CEGAVSKE
Secretary of State

*You may verify this license at www.nvsos.gov under the Nevada Business Search.*

License must be cancelled on or before its expiration date if business activity ceases.
Failure to do so will result in late fees or penalties which by law <u>cannot</u> be waived.

THE FIRST PARTY:THE SECOND PARTY:

10

**CONTRACT No.:**
**TRANSACTION CODE:**

**DATE: 20/ 04/2018**

## SECONDPARTY PASSPORT COPY



THE FIRST PARTY: THE SECOND PARTY:                    11

| No | Date & time of transfer | Sender name* | Sender Bank | Instr. | Amount (Euros) | Transaction code | Agreement number |
|----|------------------------|--------------|-------------|--------|----------------|------------------|------------------|
| 1 | 15.04.2017 14:43:12 | FIRST | DEUTDEFFXXX | IP-IP | 499,501,001.00 | GRLM-EJEN/20170604IP | GREJ-2017-0406/IP-IP |
| 2 | 17.04.2017 06:24:03 | FIRST | DEUTDEFFXXX | IP-ID | 200,000,000.00 | FF/IP-ID/SBI/05.0417/GL | FIRST/IP-200/49-5,OBI-EUR/04.2017 |
| 3 | 27.04.2017 19:17:12 | FIRST | DEUTDEFFXXX | IP-IP | 49,501,001.00 | GRLM-EJEN/20170604IP | GREJ-2017-0406/IP-IP |
| 4 | 27.04.2017 23:05:48 | MAYBROOK | DEUTDEFFXXX | IP-IP | 200,000,000.00 | DB270417/AJ | DBAJ/ENERJY0922 ☞— |
| 5 | 04.05.2017 05:35:20 | EDIL | DEUTDEFFXXX / DEUTAWWXXX | IP-ID | 200,000,000.00 | IPID-5B-02032017-MFG/GAG | EDIL-ENRG/04052017 |
| 6 | 05.05.2017 14:00:17 | EDIL | DEUTDEFFXXX / DEUTAWWXXX | IP-ID | 200,000,000.00 | LGS/IP-ID/200/SBI/10.0417/GL | LG/IP-49,9/ID-200/5,OBI-EUR/10.04.2017 |
| | TOTAL | | | | 1,349,002,002.00 | | |

*Sender Company name:
MAYBROOK – MAYBROOK DEVELOPMENT FUND HOLDINGS LIMITED
FIRST – FIRST FINANCIAL AG
EDIL – EDIL SYSTEM SRL

| RECEIVER INFORMATION: | |
|---|---|
| COMPANY NAME: | AJ ENERGY LLC |
| COMPANY ADDRESS: | 1400 DOVE STREET, SUITE 220, NEWPORT BEACH, CA 92660, USA |
| REPRESENTED BY: | MR. JIMMY KIM |
| BANK NAME: | WOORI BANK |
| BANK ADDRESS: | 203, HOEHYEON-DONG 1(IL)GA, JUNG-GU, SEOUL KOREA |
| SWIFT CODE: | HVBKKRSE |
| ACCOUNT NAME: | AJ ENERGY LLC |
| ACCOUNT No. (EURO): | 1081-400-728598 |
| ACCOUNT SIGNATORY: | MR. JIMMY KIM |
| BANK OFFICER NAME: | MR. YOON SOO PARK |
| BANK OFFICER TEL: | +82 2 431 0506 |
| CLIENT'S NATIONALITY: | USA |
| PASSPORT NUMBER: | 485281454 |
| DATE OF ISSUANCE: | 06/07/2011 |
| DATE OF EXPIRATION: | 06/07/2021 |

# Exhibit 12

**Deutsche Bank** 

Deutsche Bank AG
Taunusanlage 12
60325 Frankfurt am Main, Germany
Tel:+49 69 910-00
Fax:+49 69 910-35754
Bank Code 50070042
Swift Code DEUTDEFFXXX
https://www.db.com

24 March 2017

To: Mr. Lee Kwang-Goo
CEO/President
Woori Bank
1-203 Hoehyeon-dong
Jung-gu, Seoul Korea



Reference: Transaction DEUT:DEUT:HVBK/MFGL-AJE/10/02.2017

Dear Mr. Lee,

This letter is in regards to the transfer of EUR 5,000,000,000.00 (Five Billion Euros) under the transaction code (DEUT:DEUT:HVBK/MFGL-AJE/10/02.2017) on behalf of our client, Maybrook Financial Group to your client, AJ ENERGY, LLC with Woori Bank account number 1081-400-728598 on 13 February 2017.  The copy of MT199 is attached to this letter.

Our records show that Woori Bank pulled the funds from the common account W1024001KR on 8 March 2017, but did not place the funds into the AJ ENERGY account yet.  We also sent a MT199 message on 3 March 2017 to confirm the legitimacy of the transaction.   Please release the funds to AJ ENERGY LLC immediately to avoid legal action.

Sincerely,

Dr. Marcus Schenck
Chief Financial Officer
PIN:  02569
SSN:  021167677
ZIP code:  03275
SIC code:  9231
Director ID:  916696857
Phone:  +49 69 910 32010-60 / other / +49 69 910 31 183
Steur ID:  DE 114103379

Mr. Stuart Lewis
Chief Risk Officer
PIN: 03752

```
03/03/2017 11:34:00

Swift Input : MT 199 FREE FORMAT

-----------------------------Report Header ---------------------------------
APPLICATION: ALLIANCE MESSAGE MANAGEMENT REPORT TYPE: MESSAGE FILE - INSTANCE REPORT
OPERATOR: MR DITTOA
ALLIANCE SERVER INSTANCE: A1 SAA PROD Z
DATE - TIME: 03/03/2017 T11:34:00
INSTANCE
REPRINT FROM MFA-08044-75957
POSSIBLE DUPLICATE DELIVERY
NETWORK: SWIFT
SESSION HOLDER: DEUTDEFFXXX
SESSION: SLNRIUH339
SEQUENCE: 9483042
DELIVERY STATUS: NETWORK ACK
INSTANCE TYPE AND TRANSMISSION ORIGINAL
PRIORITY/DELIVERY: NORMAL

---------------------------Message Header ------------------------------
SWIFT INPUT: MT 199 FREE FORMAT MESSAGE SENDER : DEUTDEFFXXX
BANK NAME: DEUTSCHE BANK AG
BANK ADDRESS: TAUNUSANLAGE 12, FRANKFURT AM MAIN, GERMANY
APPLICANT: MAYBROOK FINANCIAL GROUP LIMITED
ACCOUNT NUMBER: 947259564
SWIFT CODE: DEUTDEFFXXX
RECEIVER: HVBKKRSE
BANK NAME: WOORI BANK
BANK ADDRESS: 203, HOEHYEON-DONG 1(IL) GA, JUNG-GU, SEOUL KOREA
ACCOUNT NAME: AJ ENERGY, LLC
ACCOUNT NUMBER: 1081400720598
SWIFT CODE: HVBKKRASE

---------------------------Message Text----------------------------
F20: TRANSACTION REFERENCE CODE
DEUTXXX02333392849000058302274
F21: RELATED REFERENCE
TRANSACTION CODE: DEUT:DEUT:HVBK/MFGL-AJE/10/02.2017
F32A: CURRENCY/INSTRUCTED AMOUNT
EURO 5,000,000,000.00 (FIVE BILLION)
F59: BENEFICIARY
AJ ENERGY, LLC
F79: NARRATIVE

WE, DEUTSCHE BANK AG LOCATED AT TAUNUSANLAGE 12, 60325 FRANKFURT AM MAIN,GERMANY WITH FULL BANK
RESPONSIBILITY HEREBY PRESENT OUR UNCONDITIONAL,IRREVOCABLE, ASSIGNABLE, TRANSFERABLE CASH BACKED
STANDING 10 SPECIAL TRANSFER SWIFT FOR FURTHER CREDIT TO AJ ENERGY, LLC WITH WOORI BANK ACCOUNT
NUMBER 1081400720598 IN THE AMOUNT OF EUR 5,000,000,000.00 (FIVE BILLION EUROS) FOR
NVESTMENTS IN GOVERNMENT BONDS, PROJECTS AND INITIATIVES, FINANCIAL INSTITUTIONS AND SHIPPING
INDUSTRIES (TRANSACTION CODE: DEUT:DEUT:HVBK/MFGL-AJE/10/02.2017, TRANSACTION ID:
098512DEUTDEFFXXX080479, AGREEMENT NUMBER: DEUT:DEUT:HVBK/MFGL-AJE/02.2017). WE HEREBY CONFIRM
THAT THESE FUNDS ARE CLEAN AND CLEAR FROM ANY LEGAL ISSUE FOR AND ON BEHALF OF DEUTSCHE BANK
FRANKFURT AM MAIN FOR BENEFIT OF AJ ENERGY, LLC.

BANK OFFICER PIN : MR. MARCUS SCHENCK (02569)
END OF MESSAGE REPORT FOOTER
NUMBER OF ENTITIES : 1
END OF REPORT
TEXT 1: (2374985DEUTXXX093044380000)(92304:(032030943073HVBKKRSE3203909)

****************************Message Transmitted Successful*****************************

(-) END OF TRANSMISSION
TIME OF RECEIPT (OFFSET FROM GMT) 03/03/2017 T11:45:30
</PSEUDOACKNACK>
</ACKNACK
TRANSACTION REFERENCE CODE : DEUTXXX02333392849000058302274
MESSAGE INPUT REFERENCE : HVBKKRSE383994004330EUTDEXXX034094 DEUTDEFFXXX 947259564
MESSAGE OUTPUT REFERENCE : HVBKKRSE3282388000892480 (400:(392023194 400:60))

****************************************************************************************

TYPE OF TRANSACTION : SWIFT MT-199
FROM ACCOUNT NUMBER: 947259564
RECIPIENT ACCOUNT NUMBER: 006.1.14.1091757
RECIPIENT REFERENCE : FREE FORMAT MESSAGE

****************************************************************************************

SENDER'S DETAILS
SENDER'S BANK : DEUTSCHE BANK AG
SENDER'S BANK ADDRESS : TAUNUSANLAGE 12, FRANKFURT AM MAIN, GERMANY
SENDER'S BANK SWIFT CODE : DEUTDEFFXXX

****************************************************************************************

RECIPIENT DETAILS
RECIPIENT COMPANY NAME : AJ ENERGY, LLC
RECIPIENT BANK : WOORI BANK
RECIPIENT BANK ADDRESS : 203, HOEHYEON-DONG 1(IL) GA, JUNG-GU, SEOUL KOREA
RECIPIENT BANK SWIFT CODE : HVBKKRSE
TYPE : MT-199
CREATED : 03/03/2017
DELIVERY DATE : 03/03/2017
DELIVERY TIME : 11:45:30
STATUS : ACCEPTED MESSAGE HAS BEEN TRANSMITTED 947259564
VALUED DATE : 03/03/2017
PRINTED BY TURBO SWIFT AT : 11:45:30 03/03/2017 FOR: HVBKKRSE

--------------------------------------------------------------------------------------
*CAUTION**RECEIVED RECEIVED RECEIVED RECEIVED RECEIVED RECEIVED RECEIVED RECEIVED**
--------------------------------------------------------------------------------------

PRINTER QUEUE A: SW BY:
BANK OFFICER PIN: MR. MARCUS SCHENCK (02560)
TIME OF RECEIPT (OFFSET FROM GMT) 03/03/2017 T11:45:30
AUTHENTICATED
```