## Affidavit by Alexander Bobarykin

1. I, Alexander Bobarykin hereby declare that I am a US Citizen and live in California, County of Orange.

2. I am the CEO of AJ Energy, LLC, a Nevada Limited Liability Company.

I submit this affidavit based upon the Amended Complaint filed in the United States Federal District Court of the Southern District of the State of New York on 25 May 2018 by AJ ENERGY, LLC ("AJ Energy") against Woori Bank ("Defendants").

3. I am personally familiar with the transactions involved in the present litigation. I have fully reviewed the Amended Complaint and the attached exhibits.

4. I have provided exhibits attached to the complaint which were either in my possession or provided to me by Deutsche Bank AG, in Frankfurt, Germany.

5. I have explained in great detail, how this here lawsuit arose from two transactions my Joint Venture Partners and my own company AJ Energy planned to conduct with Woori Bank.

6. My Joint Venture Partners and myself had discussed the possibility to invest into the South Korean economy first an amount of €3 Billion.

7. The funds were transferred into Woori Bank's common account with Deutsche Bank, AG.

8. I was told that Woori Bank had 72 hours to transfer the money into an account we had opened with Woori Bank, who would then invest the funds into specific, predetermined investment opportunities.

9. Woori Bank pulled our funds from its common account with Deutsche Bank AG, but failed to transfer the funds into our account with Woori Bank.

10. For about 18 months I attempted everything in my power to have the funds returned

13

to me.

11.     After many discussions with Woori Bank Officials and Officials of the South Korean government I was assured that the missing €3 Billion would be invested on my behalf into very specified areas of the South Korean government if I would invest another €5 Billion in lucrative government projects, specific government approved investments and the Korean Shipping Industry.

12.     I arranged for Deutsche Bank AG, to transfer another €5 Billion into Woori Bank's common account with Deutsche Bank, AG.

13.     I had been assured that I had the backing of the South Korean government and further believed the prior CEO of Woori Bank, Lee Kwan-goo, who I was told had masterminded the theft of the €3 Billion was no longer with Woori Bank.

14.     To my shock and dismay, Woori Bank once again pulled the funds out of the common account and never credited our account with Woori Bank.

15.     Even though Woori Bank had admitted to taking the €3 Billion, there seemed to be a genuine effort on their part and on the South Korean governments part to make up for the lost diverted funds and offered lucrative investments if I would invest another €5 Billion.

16.     Naively, I believed the Officials of Woori Bank and especially the Minister of Finances, Choi Sang Mok would keep their word.

17.     Shortly after Woori Bank pulled the funds from the common and again failed to credit our account with Woori Bank, I learned that Lee Kwan-goo had been reinstated as CEO.

18.     Upon bad advice of my prior counsel I filed a lawsuit against Woori America Bank in Orange County. The case was dismissed.

19.     I later learned from Deutsche Bank AG in Frankfurt, that subsidiaries like Woori

14

America Bank or Deutsche Bank New York, were not involved in these kinds of transactions and therefore it was recommended to me to sue Woori Bank which is does have an office in New York.

20. I filed the complaint and after the case, upon Woori Banks motion had been moved to Federal Court in New York, Southern District. Woori Bank filed a motion to dismiss and I was given permission by the Court to amend my complaint.

21. During that time, I had been able to receive more documents, supporting my allegations.

22. Since Woori Bank claims that none of my documents are valid I am hereby addressing some of the points Woori Bank brought up in it's motion to dismiss.

23. In order to explain the different account numbers, account IDs and transaction records I have taken page 15 in Exhibit 9 to my complaint and explain in as much detail as I can what the document reflects.

24. Exhibit 9 on page 15 in the Amended Complaint document is named "IP Special Transfer SWIFT Message Transmission", I declare that the following is a clear breakdown and understanding of line items in this exhibit which opposing counsel is questioning Woori Bank still falsely declares as forgery. Understanding. See attachments of line item breakdown for cross reference to the references below.

- Section A:
- 
- 1 – A – <u>Receiver's Code: Transaction Code Number:</u> Unique Code of letters and numbers to identify this particular transaction for the individual(s) that authorized this money transfer. (This Transaction Code can be trackable through the entire process that the funds are transferred to the recipient).
- 2 – A – <u>Agreement Code Number:</u> Code given by the authorized bank to confirm that the transaction has been processed on their end. This is Deutsche Bank's AG code that was given to confirm that the transaction was successful.

15

- 3 – A – <u>Date:</u> Date given to confirm transaction with day, month and year. * All dates are shown by European Date Format. European Date Format is on all Exhibit documents.
- 4 – A – <u>Starting Time:</u> Start time of transaction taking place in 24 hour military time clock. Hour: Min: Seconds.
- 
- 
- Section B:
- 
- 1 – B – <u>456 : /Bank Sender Sender Swift:</u> Unique Deutsche Banks AG SWIFT Code Used when transferring international funds from bank to bank. This SWIFT is identify to Deutsche Bank AG Headquarters in Frankfurt Germany at Taunusanlage 12 60262 Frankfurt Am Main. Swift Code is 8 characters "DEUTDEFF" and the Branch Code is "XXX", which is how you get the SWIFT CODE of "DEUTDEFFXXX".
- 
- 2 – B – <u>295 : /Bank Sender Global IP:</u> Server IP address used to send transmission.
- 3 – B – <u>095 : /Bank Sender Network Delivery Status:</u> Global Ack is the Network Used for delivery status.
- 6 – B – <u>104 : /Bank Source Transaction ID:</u> This is Deutsche Banks AG unique Transaction ID created by bank personnel for creating transaction used as a sender to identify banks transactions from its bank. (This Transaction ID is the same as in Exhibit 5 of the FAC under the "sender" section).
- 12 – B – <u>864 :/Input by Germany Global Time:</u> European Date Format of the day, month, year and military time transaction was sent.
- 16 – B – <u>564 :/Bank Unique Transaction Reference:</u> This is Deutsche Banks AG unique Banks Reference Number for this particular bank used when transferring funds when identifying a transaction. (This 16 character UTR is the same as in Exhibit 5 of the FAC under the "sender" section).
- 18 – B – <u>937 :/Client Sender Account Name :</u> This is the clients account name that has an account with Deutsche Bank AG.
- 21 – B – <u>037 : /Client Bank:</u> Deutsche Bank AG Germany is the clients bank used for this transaction.
- 23 – B – <u>105 : /Client Account Number in DB:</u> This is Maybrook Financial Group Limited individual account number with Deutsche Bank AG. (This Account number is also in Exhibit 9 page 12 in the "Transfer Slip Information" under "Sender").
- 26 – B – <u>209 : /Client Transfer Amount:</u> Maybrook Financial Group is the acting client that transfer the 5,000,000,000.00 in Euros from there account with Deutsche Bank AG.
- 29 – B – <u>585 : Receiver/ Bank Correspondent:</u> Receiver of the funds which is Deutsche Bank AG.
- 30 – B – <u>586 : Receiver/ Bank Correspondent Address:</u> Address of Deutsche Bank AG who received the funds which is in headquarters Frankfurt Germany.
- 32 – B – <u>588 : Receiver/ Bank Account Number:</u> Receivers, Deutsche Bank AG account number.

16

- 33 – B – <u>103 : Receiver/ Bank Name:</u> This is the bank that is receiving the funds, which is determined that it is "Woori Bank".
- 34 – B – <u>927 : Receiver/ Bank Address:</u> This is the address of the Bank Receiver which is Woori Bank.
- 35 – B – <u>183 : Receiver/ Swift Normal:</u> Receiver Bank, which is Woori Bank, SWIFT Code. (This SWIFT CODE is also in Exhibit 9 page 12 in the "Transfer Slip Information" under "Receiver").
- 36 – B & 37 – B – <u>185 : Receiver/ Reference:</u> This is instructions that were given by the bank. Instructions were, "For further credit to AJ Energy, LLC with Woori Bank Account Number 1081-400-728598". (These instructions were mentioned in Exhibit 9 per the Cash Back Transfer Agreement).
- 38 – B – <u>364 : Receiver/ Common Account Number:</u> This is the Common Account Number that is shared between Deutsche Bank AG & Woori Bank.
- 39 – B – <u>198 : Receiver/ Beneficiary Name:</u> AJ Energy LLC is the Beneficiary name of the funds transferred.
- 40 – B – <u>199 : Receiver/ Beneficiary Bank:</u> The beneficiary, AJ Energy LLC, bank name is Woori Bank.
- 43 – B – <u>967 : Receiver/ Account Number:</u> The beneficiary, AJ Energy LLC, account number at Woori Bank.
- 
- 
- Section D:
- 
- 1 – D – Is the message given of direct instructions of funds, 5,000,000,000.00 (Five Billion Euros), on how to be transferred to AJ Energy LLC account with Woori Bank.
- 
- Section E:
- 
- 19 – E – Header for Deutsche Bank AG Officers Authorization.
- 20 – E – & 29 – E –   Deutsche Bank AG Officers who authorized this transaction.
- 21 – E – & 30 – E –   Position of the officers who authorized this transaction.
- 22 – E – & 31 – E –   <u>PIN:</u> Individual Pin given to distinguish each individual officer of Deutsche Bank AG.
- 23 – E – <u>SSN:</u> Each officer is given a unique SSN number.
- 24 – E – <u>Zip Code:</u> Each officer is given a unique Zip Code number.
- 26 – E – <u>Director ID:</u> Each officer is given a unique Director ID number.

25.     I have tried to explain the document as thoroughly as I am capable to.

26.     Page 15 in Exhibit 9 has been enlarged to make it easier for this Court and for Woori Bank to explain the transaction displayed in as much detail as possible.

17

27. The Exhibit attached to this affidavit is an exact copy of page 15 Exhibit 9, to the first amended complaint.

28. I declare under penalty of perjury under the Laws of the United States of America and the Laws of the State of New York that the foregoing is true and correct and that I can and will testify competently hereto.

<u>June 21, 2018</u>

_____
Alexander Bobarykin

18

# CALIFORNIA CERTIFICATE OF ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California )

County of __Orange__ )

On __6/21/18__ before me, __Adriana R. Acosta, Notary__,
(here insert name and title of the officer)

personally appeared __Alexander Bobarykin_____,

_____,

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____

ADRIANA R. ACOSTA
COMM. #2226380
Notary Public - California
Orange County
My Comm. Expires Dec. 23, 2021

(Seal)

## Optional Information

Although the information in this section is not required by law, it could prevent fraudulent removal and reattachment of this acknowledgment to an unauthorized document and may prove useful to persons relying on the attached document.

## Description of Attached Document

The preceding Certificate of Acknowledgment is attached to a document titled/for the purpose of __Affidavit__

_____,

containing _____ pages, and dated _____.

The signer(s) capacity or authority is/are as:
- [ ] Individual(s)
- [ ] Attorney-in-Fact
- [ ] Corporate Officer(s) _____
  Title(s)
- [ ] Guardian/Conservator
- [ ] Partner - Limited/General
- [ ] Trustee(s)
- [ ] Other: _____

representing: _____
Name(s) of Person(s) or Entity(ies) Signer is Representing

### Additional Information

Method of Signer Identification _____

Proved to me on the basis of satisfactory evidence:
- [ ] form(s) of identification   [ ] credible witness(es)

Notarial event is detailed in notary journal on:
Page # _____   Entry # _____

Notary contact: _____

Other _____
- [ ] Additional Signer(s)   [ ] Signer(s) Thumbprint(s)
- [ ] _____

© Copyright 2007-2017 Notary Rotary, PO Box 41400, Des Moines, IA 50311-0507. All Rights Reserved.   Item Number 101772. Please contact your Authorized Reseller to purchase copies of this form.

```
1-A->RECEIVER'S CODE : TRANSACTION CODE NUMBER : DEUT:DEUT:HVBK/MFGL-AJE/10/02.2017
2-A->AGREEMENT CODE NUMBER : DEUT:DEUT:HVBK/MFGL-AJE/02.2017
3-A->Date : 13st February 2017
4-A->Starting Time : 16:59:35
                         .........................IP SPECIAL TRANSFER SWIFT Message Transmission............
1-B->456   : /Bank Sender Sender Swift : DEUTDEFFXXX
2-B->295   : /Bank Sender Global IP : 193.150.166.0/24
3-B->095   : /Bank Sender Network Delivery Status : Global Ack
4-B->765   : /Bank Sender Sender Terminal : Db.terminal S0200235
5-B->485   : /Bank Global Server ID : AS8373
6-B->104   : /Bank Source Transaction ID : 090512DEUTDEFFXXX886479
7-B->356   : /Bank Server Serial ID : s020005635
8-B->1     : ///SRV1 Name=ebankingdb1.db.com2
9-B->2     : ///SRV1 Name=ebankingdb2.db.com3
10-B->3    : ///SRV1 Name=ebankingdb.db.com
11-B->758  : DB IDENTITY CODE: 27C DB FR DE 17BEH
12-B->864  : /Input by Germany Global Time : Monday, 13st February, 2017 16:59:35
13-B->CLIENT N° : 000000000SRT-RN-388-37862BEH17RLN000
14-B->658  : /PERMIT ARRIVAL MONEY N° : SCF-664M388RT667
15-B->197  : /DB SCREEN SHOT CODE : A23F17.01.31.47.GTF5
16-B->564  : /BANK UNIQUE TRANSACTION REFERENCE : DEUT997856743216
17-B->648  : /IMAD N° : 090512DEUTDEFFXXX886479
18-B->937  : /Client Sender Account Name : MAYBROOK FINANCIAL GROUP LIMITED
19-B->854  : /Company Register N° : 08096940
20-B->459  : /CLEARING HOUSE N° : DEUT-HEBA37890672
21-B->037  : /Client Bank : Deutsche Bank Ag Germany
22-B->396  : /Client Swift Code or BIC : DEUTDEFFXXX
23-B->105  : /Client Account Number in DB : 947259564
24-B->956  : /TRANSFER CODE : 144A:S:G4639DVY8
25-B->987  : /CHAPS TREASURY AGREEMENT N° : CR38828530
26-B->209  : /Client Transfer Amount : 5,000,000.00 #EUR#
27-B->986  : Receiver/ Receiving Server IP : 193.150.166.0/24 / 193.150.166.0/243
28-B->574  : Receiver/ Receiving Server ID : AS8373
29-B->585  : Receiver/ Bank Correspondent : DEUTSCHE BANK AG
30-B->586  : Receiver/ Bank Correspondent Address : TAUNUSANLAGE 12, FRANKFURT AM MAIN, GERMANY
31-B->587  : Receiver/ Bank Correspondent Swift : DEUTDEFF
32-B->588  : Receiver/ Bank Account Number : 412023377
```

```
33-B ->103 :: Receiver/ Bank Name : WOORI BANK
34-B ->927 :: Receiver/ Bank Address : 203, HOEHYEONDONG 1-GA, JUNG-GU, SEOUL, KOREA
35-B ->183 :: Receiver/ Swift Normal : HVBKKRSE
36-B ->185 :: Receiver/ Reference : FOR FURTHER CREDIT TO AJ ENERGY, LLC WITH WOORI BANK ACCOUNT NUMBER
37-B ->1081-400-728598
38-B ->364 :: Receiver/ Common Account Number : W1024001KR
39-B ->198 :: Receiver/ Beneficiary Name : AJ ENERGY, LLC
40-B ->199 :: Receiver/ Beneficiary Bank : WOORI BANK
41-B ->357 :: Receiver/ Beneficiary Bank Address : 203, HOEHYEONDONG 1-GA, JUNG-GU, SEOUL, KOREA
42-B ->109 :: Receiver/ Beneficiary Bank Swift : HVBKKRSE
43-B ->967 :: Receiver/ Account Number : 1081-400-728598
44-B ->968 :: Receiver/ WTS Server : S0200235 OR S0200005635
45-B ->969 :: Receiver/ Logon Domain : DEUBA
46-B ->970 :: Receiver/ Logon Server : FRAESXXSDBEP 21
47-B ->318 :: Receiver/ Company Name : AJ ENERGY, LLC
48-B ->319 :: Receiver/ Company Address : 1400 DOVE STREET, SUITE 220, NEWPORT BEACH, CA 92660, USA
49-B ->320 :: Receiver/ Server Login : FRAESWDBEP 21
50-B ->321 :: Receiver/ Identity Code : 27C DB FR DE 17BE
51-B ->138 :: Receiver/ Global Server ID : AS8373
52-B ->107 :: Receiver/ Global Server IP : 193.150.166.0/24 / 193.150.166.0/243
53-B ->108 :: Receiver/ Euroclear Number : 90288
54-B ->139 :: Receiver/ DTC Number : 0141
55-B ->140 :: Receiver/ Euroclear Clearstream : 7263
56-B ->141 :: Receiver/ DTC Clearstream : 7211
57-B ->142 :: Receiver/ Euroclear Server : 10648.23199.91479.97708.99365
58-B ->143 :: Receiver/ DTC Clear Stream Number : 7015.7024.7178.7277.7298.7402.7424
59-B ->144 :: Receiver/ Clearing Code : BL50070010
60-B ->145 :: Receiver/ Clearing Number Portal : BL50070010
61-B ->316 :: Receiver/ Amount : 5,000,000,000.00 #EUR#
```

```
*********************************** Sender Transmission IP Special Transfer SWIFT ***********************************
 1-C->//  Sender Amount    : 5,000,000,000.00 EUR
 2-C->//  RECEIVER CODE    : 5,0b / FR - db - GO - YA / 13022017 / - 456782 - AS8373 - db2102 - S2S
 3-C->//  PROVIDER CODE    : 5,0b / FR - db - GO - YA / 13022017 / AS8373 - db2102 - S2S
 4-C->//  TRANSMITTING BANK: Deutsche Bank Ag Germany
 5-C->//  BANK ADDRESS     : 60262 Frankfurt Am Main Germany
 6-C->//  SWIFT CODE       : DEUTDEFFXXX
 7-C->//  CABLE ADDRESS    : DT - C - / B - 020005635 432177 - Frankfurt Germany
 8-C->//  SWIFT CODE       : 020005635 - T - 049 - 12091 - 45873 . SEC DEUTDEFFXXX
 9-C->//1) DEPOSIT CODE    : G943 - 6732 - 1034 / G9434 - 4146 - 501
10-C->//2) BLOCKING CODE   : set by receiving bank
11-C->//3) REFERENCE CODE  : 1069 - 9543 - G943 - 3214 - DEUT997856743216
12-C->//4) FEDS CODE       : F - 2100100 . 5154 . G943 - 1069 - 9543 - 8969 - 342
13-C->//5) SECURITY CODE   : set by receiving bank
14-C->//6) WITHDRAWAL FEDS CODE: set by receiving bank
15-C->//7) INTERNATIONAL DEPOSIT CODE : db79056588 dts2s / N°. 79056 - CA - 79055
16-C->//8) DEPOSIT TRANSACTION N°S : Leg/No G493 - 6543 - 8906. G6098 - 9573 - 2085
17-C->//9) MILLION/BILLION DEPARTAMENT Frankfurt : Art/Y - Law - 21 - Frankfurt Government, TCL75342
18-C->//10) ONE - TIME SATELLITE SWIFT DOWNLOAD ACCESS WITHDRAW CODE 957362041489. 0xc4329637e69 .Db491
```

```
****************************** ATTACHED MESSAGE ******************************
1-D-> WE, DEUTSCHE BANK AG LOCATED AT TAUNUSANLAGE 12, 60325 FRANKFURT AM MAIN, GERMANY WITH FULL BANK
RESPONSIBILITY HEREBY PRESENT OUR UNCONDITIONAL, IRREVOCABLE, ASSIGNABLE, TRANSFERABLE CASH BACKED
STANDING IP SPECIAL TRANSFER SWIFT FOR FURTHER CREDIT TO AJ ENERGY, LLC WITH WOORI BANK ACCOUNT
NUMBER 1081-400-728598 IN THE AMOUNT OF EUR 5,000,000,000.00 (FIVE BILLION EUROS) FOR PROJECT
INVESTMENTS AND DEVELOPMENT (TRANSACTION CODE: DEUT:DEUT:HVBK/MFGL-AJE/10/02.2017, TRANSACTION ID:
090512DEUTDEFFXXX886479, AGREEMENT NUMBER: DEUT:DEUT:HVBK/MFGL-AJE/02.2017). WE HEREBY CONFIRM THAT
THESE FUNDS ARE CLEAN AND CLEAR FROM ANY LEGAL ISSUE FOR AND ON BEHALF OF DEUTSCHE BANK FRANKFURT
AM MAIN FOR BENEFIT OF AJ ENERGY, LLC.
2-D-> 16:59 GMT +001 13 February, 2017
***************************** END OF ATTACHED MESSAGE *****************************
```

```
1-E->Sender Web Link https://ebankingdb2.
     db.com/workbench/index.do?loggedon&locale=en-Db&NavLB_EBCH=4915.9867.7236.24
2-E->Ending Time : 17:02:28
................End of Code Transmission................
Code
3-E->1.  Final Code : 2CCE4381A77A77E60DB8EADA6EC10AD7
4-E->2.  INTERBANK BLOCKING CODE : 144A:S:G4639DVY8
5-E->3.  SORT CODE : 678 691 681
6-E->4.  RELEASE CODE : 598.D53225
7-E->5.  ACCESS CODE : HSB1288400
8-E->6.  TRANSACTION CODE : DEUT:DEUT:HVBK/MFGL-AJE/10/02.2017
9-E->7.  TRANSACTION ID : 090512DEUTDEFFXXX886479
10-E->8. FINAL BLOCKING CODE : CR38828530
11-E->9. TRANSFER CODE : 144A:S:G4639DVY8
12-E->10. WTS SERVER : S0200235
13-E->11. BONDING KEY : jWs992Am973
14-E->12. DOWNLOADING CODE : AM-7263-L-88192-56598-72596
15-E->13. RECEIVING CODE : 628-1972-3478-569-9217
16-E->14. ACTIVATION CODE : AM-7263-M-88779-59738-76596
17-E->15. BRANCH/DB PRIVAT : 526-94725595-64-78456
18-E->16. TERMINAL ID : D48238FD7089E3V6F7f24b5

19-E->DEUTSCHE BANK AG OFFICERS AUTHORIZATION

20-E->Dr.Marcus Schenck                          29-E->Mr.Stuart Lewis
21-E->Chief Financial Officer                    30-E->Chief Risk Officer
22-E->PIN : 02569                                31-E->PIN : 93752
23-E->SSN : 021167677
24-E->ZIP code : 03275
25-E->SIC code : 9231
26-E->Director ID : 916696857
27-E->Phone : +4969910320010-60 /odder/ +496991031183
28-E->Steur ID : DE 114103379
```