# THE LAW OFFICE OF RUTH CAM
## ATTORNEY AT LAW

2030 EAST 4TH STREET, SUITE 218A
SANTA ANA, CA 92705

TEL: (714) 488-9934
FAX: (714) 782-6032
CAMLAWYER@PROTONMAIL.COM

March 27, 2019

The Law Office of Ruth Cam
Ruth Cam, Esq.
2030 E. 4th Street, Suite 218 A
Santa Ana, CA 92705

**VIA ECF**
To Honorable Judge Jesse M. Furman
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007
Furman_NYSDChambers@nysd.uscourts.gov

RE: REQUEST TO ADMIT AN ADDITIONAL EXHIBIT
Case #: 1:18-cv-03735: AJ Energy LLC vs Woori America Bank, et al.

To Honorable Judge Jesse M. Furman:

    Plaintiff is hereby requesting leave of this Honorable Court to submit an additional Exhibit. We are in possession of an affidavit, certified by a European Court, in the above referenced matter. This affidavit is in support of our allegations that both affidavits submitted by opposing counsel are fraudulent. Further the affidavit supports our allegations that the theft actually happened.

Plaintiff apologizes for the delay. Plaintiff had to wait until the affiant was able to take an oath as to the veracity of the affidavit in Europe, in accordance with the laws and regulation of the Hague Convention (1961) and the Federal Republic of Germany.

Respectfully,

Ruth Cam, Esq.
Attorney for Plaintiff AJ Energy, LLC