# O'Hare Parnagian LLP

20 Vesey Street, Suite 300
New York, NY 10007
(212) 425-1401
Fax: (212) 425-1421
www.ohareparnagian.com

Westchester Office
700 White Plains Road, Suite 255
Scarsdale, NY 10583-5013
(914) 725-3632
Fax: (914) 725-3639

April 3, 2019

**By ECF**
The Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

      Re:    *AJ Energy LLC v. Woori America Bank, et al.*
              No. 18-cv-03735-JMF

Dear Judge Furman:

      We are co-counsel to Defendant Woori Bank in the above-referenced litigation. As this Court is aware, following an application made by Plaintiff on March 28, 2019 (ECF No. 52), Plaintiff submitted a new document on March 28 (ECF No. 54) in an effort to supplement the briefs, affidavits, and numerous exhibits that were fully submitted to this Court as of August 2018 concerning the parties' motions for sanctions. This Court has ordered that the filing of letter briefs as to the relevance of this new document take place by this Friday, April 5. (ECF No. 53)

      Although Plaintiff has had six months to create this new document, it is new to Defendant and facially raises numerous, serious issues regarding its authenticity, leading us to believe that the document is fraudulent. Accordingly, Defendant Woori Bank respectfully requests that this Court grant a brief extension of time in which Defendant Woori Bank may file its letter brief relating to this document to and including Friday, April 12, 2019.

      We thank the Court for its consideration.

      Respectfully submitted,

      *s/Jeffrey S. Lichtman*

      Jeffrey S. Lichtman

      *s/Jonathan L. Frank*

      Jonathan L. Frank
      Skadden, Arps, Slate, Meagher & Flom LLP

cc:  Counsel of Record (via ECF)