# THE LAW OFFICE OF RUTH CAM
## ATTORNEY AT LAW

2030 EAST 4TH STREET, SUITE 218A
SANTA ANA, CA 92705

TEL: (714) 488-9934
FAX: (714) 782-6032

CAM.LAWYER@PROTONMAIL.COM

May 23, 2019

The Law Office of Ruth Cam
Ruth Cam, Esq.
2030 E. 4th Street, Suite 218 A
Santa Ana, CA 92705

**VIA ECF**

To Honorable Judge Jesse M. Furman
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007
Furman_NYSDChambers@nysd.uscourts.gov

RE: REQUEST TO HAVE AFFIDAVIT SUBMITTED COURT TO COURT
Case #: 1:18-cv-03735: AJ Energy LLC vs Woori America Bank, et al.

To Honorable Judge Jesse M. Furman:

Plaintiff AJ Energy is hereby, respectfully, requesting leave of this Honorable Court to submit an Affidavit signed by Deutsche Bank, AG Frankfurt, Germany's CEO Christian Sewing, notarized and certified to be sent directly from Court to Court, addressed to Judge Furman.

Sending the Affidavit Court to Court would once and for all remove any doubt that this document could be fraudulent. Opposing counsel has continued to allege time and time again that every single document submitted by Plaintiff's counsel as an exhibit is fraudulent. Plaintiff's aim is to stop Defendant from continuing to make

these false allegations and to confirm, as Plaintiff has stated multiple times, that neither Deutsche Bank New York, nor Deutsche Bank Seoul have any access to transactions made by Deutsche Bank AG, Frankfurt, Germany.

The only entity aside from Deutsche Bank AG, Frankfurt, Germany and Woori Bank which is in possession of proof of the transactions at issue, is the Central Bank of South Korea. If approved by this Honorable Court, Plaintiff's counsel, who is at this time in Germany, would submit one of the following addresses to the respective Court in Frankfurt, Germany:

Honorable Jesse M. Furman
United States Courthouse
Southern District of New York
40 Foley Square
New York, NY 10007

Or would the Court prefer to have the Affidavit sent to Jesse M. Furman's Chambers located at:

Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Center Street, Room 2202
New York, NY 10007

Respectfully,

_____
Ruth Cam, Esq.
Attorney for Plaintiff AJ Energy, LLC