# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

AJ Energy LLC,
_____

(List the full name(s) of the plaintiff(s)/petitioner(s).)

                -against-

Woori Bank et al.,
_____

(List the full name(s) of the defendant(s)/respondent(s).)

__18__ CV __3735__ (__JMF__)( )

**NOTICE OF APPEAL**

Notice is hereby given that the following parties: AJ Energy LLC,
_____

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the  ☑ judgment  ☐ order  entered on: September 26, 2019
(date that judgment or order was entered on docket)

that: the complaint be dismissed with prejudice and Plaintiff's attorney be sanctioned.

(If the appeal is from an order, provide a brief description above of the decision in the order.)

October 24, 2019
Dated

[Signature]
Signature*

Cam, Ruth
Name (Last, First, MI)

2030 East 4th St. Suite 218A | Santa Ana | CA | 92705
Address | City | State | Zip Code

714-488-9934
Telephone Number

camlawyer@protonmail.com
E-mail Address (if available)

---

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13