UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
   :
AJ ENERGY LLC,   :
   :
   :
                Plaintiff,   :
   :      18-CV-3735 (JMF)
        -v-   :
   :      <u>ORDER</u>
WOORI BANK et al.,   :
   :
                Defendants.   :
   :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On September 27, 2019, the Court granted Woori Bank's motion for sanctions pursuant to Rule 11 of the Federal Rules of Civil Procedure, in an amount equal to the attorney's fees and costs Woori Bank incurred in connection with its Rule 12(b)(6) motions and Rule 11 motions. ECF No. 69, at 27-28. The Court ordered Woori Bank to submit a detailed accounting of such fees and costs, and it did so on October 16, 2019. ECF No. 70. Pursuant to the Court's Order, AJ Energy LLC was required to file any opposition to Woori Bank's accounting within two weeks of the accounting — that is, on or before October 30, 2019. To date, AJ Energy has failed to file an opposition. The Court has reviewed Woori Bank's submission and finds its accounting reasonable. Accordingly, AJ Energy and its counsel are hereby ORDERED, on a joint and several basis, to pay Woori Bank $156,155.85 **no later than November 30, 2019**. Failure to do so may result in increased sanctions and/or referral to the Grievance Committee, as appropriate.

      SO ORDERED.

Dated: October 31, 2019
      New York, New York
                                                          JESSE M. FURMAN
                                                       United States District Judge