UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
AJ ENERGY LLC,                                                          :
                                                                        :
                              Plaintiff,                                :
                                                                        :         18-CV-3735 (JMF)
            -v-                                                         :
                                                                        :         NOTICE
WOORI BANK et al.,                                                      :
                                                                        :
                              Defendants.                               :
                                                                        :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      The parties are hereby advised that, with the issue of sanctions now settled and proceedings in this Court thus concluded, the Court is, on this date, sending the attached letter to the United States Attorney for the Southern District of New York.

      SO ORDERED.

Dated: November 8, 2019
       New York, New York

                                                 JESSE M. FURMAN
                                            United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET
NEW YORK, NEW YORK 10007



CHAMBERS OF
JESSE M. FURMAN
UNITED STATES DISTRICT JUDGE

TEL: (212) 805-0282
FAX: (212) 805-7996

**BY HAND DELIVERY AND E-MAIL**

November 8, 2019

Geoffrey S. Berman
United States Attorney
Southern District of New York
One St. Andrew's Plaza
New York, NY 10007

Re: Criminal Referral in Connection with *AJ Energy LLC v. Woori Bank et al.*, 18-CV-3735 (JMF)

Dear Mr. Berman:

On September 25, 2019, I issued an opinion dismissing all claims in *AJ Energy LLC v. Woori Bank et al.*, 18-CV-3735 (JMF), and imposing sanctions on Plaintiff and its counsel. *See* ECF No. 64. (On September 27, 2019, I issued an amended opinion. *See* ECF No. 69.) In the opinion, I cited — among other things — strong reasons to believe that Plaintiff had filed with the Court various forged documents, including an affidavit and apostille allegedly coming from a foreign court, as well as records of international financial transactions.

Now that the case is concluded, I am writing to refer these matters to your Office for the investigation and, if appropriate, prosecution of criminal offenses, including (but not necessarily limited to) fraud, perjury, and obstruction of justice. For ease of reference, I draw your attention to my amended opinion of September 27, 2019, as well as the filings of Defendant Woori Bank appearing at ECF Nos. 11, 24, 32, 34-37, 49, 57, and 61 (and the exhibits referenced in those filings), which provide relevant background and describe reasons to believe that Plaintiff or others might have committed one of more of the aforementioned offenses.

If my staff or I can be of further assistance, please let me know.

Sincerely,

Jesse M. Furman
United States District Judge

cc: Laura Birger
Chief, Criminal Division