```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
AJ ENERGY LLC,                                                    :
                                                                  :
                              Plaintiff,                          :
                                                                  :    18-CV-3735 (JMF)
              -v-                                                 :
                                                                  :    CONTEMPT ORDER
WOORI BANK et al.,                                                :
                                                                  :
                              Defendants.                         :
                                                                  :
------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

      AJ Energy LLC and its counsel have now twice missed deadlines to pay Woori Bank sanctions. When Woori Bank had not received payment by the first deadline, November 30, 2019, the Court — as a matter of grace, not entitlement — extended the deadline, *nunc pro tunc*, to January 2, 2019. ECF No. 77. AJ Energy LLC and its counsel were warned that, if they failed to pay by that date, the Court would hold them in contempt. *Id.* AJ Energy LLC and its counsel have not heeded the Court's warning, as the Court is advised that, to date, they have not yet paid Woori Bank. ECF No. 78. Accordingly, the Court now holds AJ Energy LLC and its counsel in contempt of court. Per the Court's prior Order, for every business day after January 2, 2020 that Woori Bank is not paid in full, AJ Energy and its counsel are sanctioned an additional $100, payable to the Clerk of Court. *See* ECF No. 77.

      Woori Bank shall advise the Court if or when it receives payment of the sanctions.

      SO ORDERED.

Dated: January 3, 2020
       New York, New York
                                                  JESSE M. FURMAN
                                             United States District Judge